**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
_____
(State)

Case number *(if known):* _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's Name | **PES Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **PES Holding LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1698157** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1735 Market Street, 11th Floor** | |
| Number          Street | Number          Street |
| | P.O. Box |
| **Philadelphia, Pennsylvania 19103** | |
| City                    State      Zip Code | City                    State      Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Philadelphia** | |
| County | Number          Street |
| | |
| | City                    State      Zip Code |

5. Debtor's website (URL)      **http://pes-companies.com/**

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor _____PES Holdings, LLC_____   Case number *(if known)* _____
             Name

---

**7.   Describe debtor's business**

A.   *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B.   *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**3241 (Petroleum and Coal Products Manufacturing)**

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.   *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☒ A plan is being filed with this petition.

      ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                                              MM/DD/YYYY

            District _____ When _____ Case number _____
                                              MM/DD/YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   **See Rider 1**_____   Relationship   **Affiliate**_____

        District   **District of Delaware**_____

                            When

        Case number, if known   _____   MM / DD / YYYY

---

Debtor    PES Holdings, LLC                                              Case number *(if known)*
          Name

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

|  |  |
|---|---|
| Number | Street |

_____

| City | State | Zip Code |

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| 16. Estimated liabilities (on a consolidated basis) | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☒ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/21/2018**
                         MM/ DD / YYYY

**✗** _(signature)_
Signature of authorized representative of debtor

**Gregory G. Gatta**
Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

**✗** _(signature)_
Signature of attorney for debtor

Date    **01/21/2018**
              MM/ DD/YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street, 17th Floor**
Number                          Street

**Wilmington**
City

**Delaware**
State

**19899-8705
(Courier 19801)**
ZIP Code

**(302) 652-4100**
Contact phone

**ljones@pszjlaw.com**
Email address

**2436**
Bar number

**Delaware**
State

<table>
<tr><td><strong>Fill in this information to identify the case</strong>:</td></tr>
</table>

United States Bankruptcy Court for the:

District of Delaware

(State)

Case number *(if known)*: _____    Chapter ___11___

☐ Check if this is an
amended filing

<u>**Rider 1**</u>
<u>**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**</u>

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of PES Holdings, LLC.

PES Holdings, LLC
North Yard Financing, LLC
North Yard GP, LLC
North Yard Logistics, L.P.
PES Administrative Services, LLC
PES Logistics GP, LLC
PES Logistics Partners, L.P.
PESRM Holdings, LLC
Philadelphia Energy Solutions Refining and Marketing LLC

**PES HOLDINGS, LLC**
**<u>SECRETARY'S CERTIFICATE</u>**

January 21, 2018

 The undersigned, John B. McShane, as Secretary of, respectively, PES Holdings, LLC, Philadelphia Energy Solutions Refining and Marketing LLC, and North Yard GP, LLC (collectively, the "<u>Companies</u>"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Companies and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the boards of managers of the Companies (collectively, the "<u>Boards of Managers</u>"), duly adopted at a properly convened and joint meeting of the Boards of Managers of January 21, 2018, in accordance with the applicable limited liability company agreements of the Companies.

3. Since their adoption and execution, the Resolutions have not been modified, rescinded, or amended and are in full force and effect as of the date hereof, and the Resolutions are the only resolutions adopted by the Boards of Managers relating to the authorization and ratification of all corporate actions taken in connection with the matters referred to therein.

[Signature page follows]

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of the Company as of the date hereof.

PES Holdings, LLC

By: _____
Name: John B. McShane
Title:  General Counsel and Secretary

# PES HOLDINGS, LLC

## RESOLUTIONS OF THE BOARD OF MANAGERS

## CHAPTER 11 FILING AND RETENTION OF PROFESSIONALS

### January 21, 2018

**Managers Present:**

Gregory Gatta
Rodney Cohen
David Stonehill
David Marchick
David Albert
Robert W. Owens
Joseph Colella

**Managers Absent**:

None

A meeting (the "Meeting") of the Board of Managers of PES Holdings, LLC (together with its member-controlled subsidiaries and on behalf of any subsidiaries for which it or a member-controlled subsidiary acts as a general partner, the "Company") was held beginning at 3:00 p.m., Eastern Time, on January 21, 2018.

As set forth above, a requisite number of the members of the Company's Board of Managers (the "Board"), constituting a quorum, participated throughout the Meeting. After it was confirmed that the Meeting was duly convened (and each member of the Board waived any notice requirements in connection therewith), those participating could hear each other and a quorum of the Board was in attendance, the Meeting was called to order. John B. McShane, Executive Vice President, General Counsel and Secretary of the Company, acted as secretary for the Meeting.

Following discussion, upon a motion duly made and seconded, the members of the Board at the Meeting (acting on behalf of the Company, in its own capacity) unanimously adopted and approved the following recitals and/or resolutions pursuant to the organizational documents of the Company and the laws of the state of Delaware:

**WHEREAS**, the Board has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company' business; and

**WHEREAS**, the Board have had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

CHAPTER 11 FILING

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company (including a consideration of their creditors and other parties in interest) that the Company shall be, and hereby is, authorized to file or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED**, that the Chief Executive Officer, the President, the General Counsel, the Chief Operating Officer, the Chief Financial Officer, any Senior Vice President, any Vice President, any Assistant Vice President, or any other duly appointed officer of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief including without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

RETENTION OF PROFESSIONALS

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Pachulski, Stang, Ziehl & Jones LLP ("PSZJ") as local bankruptcy counsel to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of PSZJ.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of PJT Partners LP ("PJT") as financial advisor to, among other things, assist the Company in evaluating their business and prospects, developing long-term business plans, developing financial data for evaluation by the Board, creditors, or other third parties, as requested by the Company, evaluating the Company's capital structure, responding to issues related to the Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of the Company's assets; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of PJT.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC, together with employees of its affiliates (all of which are wholly owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors (collectively, "A&M"), as restructuring advisor to the Company to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to employ or retain the services of A&M.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Rust Consulting/Omni Bankruptcy ("Omni") as notice and claims agent to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Omni.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out their duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

GENERAL

   **RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

   **RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

   **RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board.

   **RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

*   *   *   *

   The foregoing recitals and resolutions were duly adopted by the Board on January 21, 2018.

| Debtor name | **PES Holdings, LLC, *et al.*** |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known) _____

Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Anderson Construction Services Attn: Ricke C. Foster, VP 6958 Torresdale Avenue Ste 300 Philadelphia, PA 19135 | Anderson Construction Services Tel: 215-331-7150 Fax: 215-332-8350 Email: rickf@andersonconstructionserv.com | Trade Payable | | | | $1,790,416.72 |
| 2   J J White Inc Attn: Ed Purdy, Executive VP, CFO 5500 Bingham Street Philadelphia, PA 19120 | J J White Inc Tel: 215-722-1000 Fax: 215-745-6229 Email: admin@jjwhiteinc.com | Trade Payable | | | | $1,505,889.00 |
| 3   CSX Transportation Attn: Nathan D. Goldman, Executive VP and Chief Legal Officer 500 Water Street, 15th Floor Jacksonville, FL 32202 | CSX Transportation Tel: 904-359-3200 Fax: 904-359-2459 | Trade Payable | | | | $1,344,207.00 |

Debtor name **PES Holdings, LLC, *et al.***                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4   Sunoco Partners Marketing & Terminal LP<br>Attn: Joseph Colella, Senior VP<br>3801 West Chester Pike<br>Newton Square, PA 19073 | Sunoco Partners Marketing & Terminal LP<br>Tel: 866-248-4344 | Trade Payable | | | | $1,283,619.00 |
| 5   Matrix Service Industrial Contractors, Inc.<br>Attn: Kevin S. Cavanah, CFO<br>5100 E. Skelly Dr., Ste. 100<br>Tulsa, OK 74135-6577 | Matrix Service Industrial Contractors, Inc.<br>Tel: 918-838-8822<br>Email: legal@matrixservicecompany.com | Trade Payable | | | | $1,266,406.00 |
| 6   Trinity Industries Leasing Company<br>Attn: Tom Jardine<br>2525 Stemmons Freeway<br>Dallas, TX 75207 | Trinity Industries Leasing Company<br>Tel: 214-631-4420 | Trade Payable | | | | $1,215,666.00 |

Debtor name  **PES Holdings, LLC,** *et al.*                      Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 7  Thyssenkrupp Safway Inc<br>Attn: General Manager<br>10 Industrialhighway Ms #24 Suite 2<br>Lester, PA 19113 | Thyssenkrupp Safway Inc<br>Tel: 913-281-7927; 610-362-0302<br>Fax: 610-586-5896 | Trade Payable | | | | $1,201,624.00 |
| 8  Nooter Construction Co<br>Attn: Bernie Wicklein, President<br>6 Neshaminy Interplex Suite 300<br>Trevose, PA 19053 | Nooter Construction Co<br>Tel: 215-638-7474<br>Fax: 215-638-8080<br>Email: sales@nooter.com | Trade Payable | | | | $1,154,154.00 |
| 9  BNSF Railway Company<br>Attn: Ms. Julie A. Piggott, CFO, Executive VP and Director<br>2650 Lou Menk Drive<br>Fort Worth, TX 76131 | BNSF Railway Company<br>Tel: 800-795-2673<br>Fax: 817-352-2399 | Trade Payable | | | | $1,080,216.00 |

Debtor name    **PES Holdings, LLC,** *et al.*                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 10  Jacobs Engineering<br>Attn: Steve Demetriou, CEO<br>1880 Waycross Road<br>Cincinnati, OH 45240 | Jacobs Engineering<br>Tel: 513-595-7500<br>Fax: 513-595-7860<br>Email: contactus@jacobs.com | Trade Payable | | | | $995,524.00 |
| 11  Mechanical Dynamics & Analysis<br>Attn: John Vanderhoef, President and CEO<br>19 British American Blvd<br>Latham, NY 12110 | Mechanical Dynamics & Analysis<br>Tel: 518-399-3616<br>Fax: 518-399-3929<br>Email: Info@MDAturbines.com | Trade Payable | | | | $994,257.00 |
| 12  Simpson & Brown, Inc<br>Attn: Thatcher Simpson, President<br>119 North Ave West<br>Cranford, NJ 07016 | Simpson & Brown, Inc<br>Tel: 908-276-2776<br>Fax: 908-272-2627<br>Email: info@simpsonandbrown.com | Trade Payable | | | | $830,862.00 |

**Debtor name**  PES Holdings, LLC, *et al.*                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 13 Brand Insulation Services<br>Attn: General Manager<br>32 Iron Side Court<br>Willingboro, NJ 08046 | Brand Insulation Services<br>Tel: (856) 467-2850<br>Fax: 770-514-0285<br>Email: info@beis.com | Trade Payable | | | | $823,328.00 |
| 14 Diversified Company<br>Attn: General Manager<br>200 Clarendon<br>Boston, MA 02116 | Diversified Company | Trade Payable | | | | $740,900.00 |
| 15 CM Towers Inc<br>Attn: Dennis R Moran, President & CEO<br>21 Commerce Drive<br>Cranford, NJ 07016-3507 | CM Towers Inc<br>Tel: 973-257-1446 | Trade Payable | | | | $700,026.00 |
| 16 WR Grace & Co-Conn<br>Attn: Thomas Blaser, Senior Vice President and CFO<br>7500 Grace Drive<br>Columbia, MD 21044 | WR Grace & Co-Conn<br>Tel: 410-531-4000<br>Fax: 410-531-4367 | Trade Payable | | | | $627,038.00 |

Debtor name   **PES Holdings, LLC, *et al.***                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 17  Sumter Transport Company Attn: Bill Clarke, CFO 170 S. Lafayette Blvd Sumter, SC 29150 | Sumter Transport Company Tel: 803-775-1002 Fax: 803-778-0118 Email: bill.clarke@sumtertransport.com | Trade Payable | | | | $576,530.00 |
| 18  Kirk Erectors, Inc. Attn: Charles K. Ellison, President 150 Capital Drive Suite 260 Golden, CO 80401 | Kirk Erectors, Inc. Tel: 303-376-6208 Fax: 303-376-6209 Email: info@kirkerectors.com | Trade Payable | | | | $528,224.00 |
| 19  W & K Welding & Tank Erectors Attn: Wilburn Williams, President P.O. Box 13 1000 Union Landing Rd Riverton, NJ 08077 | W & K Welding & Tank Erectors Tel: 856-764-1210 Fax: 856-786-1993 Email: information@wktank.com | Trade Payable | | | | $499,473.00 |

| Debtor name | **PES Holdings, LLC,** *et al.* | | | | Case No. (If known) | | |

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 20  General & Mechanical Contractors<br>Attn: John Grasso, Owner<br>408 Southgate Court<br>Mickleton, NJ 08056 | General & Mechanical Contractors<br>Tel: 856-423-5859<br>Fax: 856-423-8771<br>Email: jgrasso@genmech.net | Trade Payable | | | | $483,906.00 |
| 21  Trico Lift A Division Of Blue Line<br>Attn: Chris Carmolingo<br>1101 Wheaton Ave<br>Millville, NJ 08332 | Trico Lift A Division Of Blue Line<br>Tel: 856-776-2350<br>Fax: 856-776-2365 | Trade Payable | | | | $459,687.00 |
| 22  H T Sweeney & Son Inc<br>Attn: Terry Sweeney<br>308 Dutton Mill Road<br>Brookhaven, PA 19015-1197 | H T Sweeney & Son Inc<br>Tel: 610-872-8896<br>Fax: 610-874-6730<br>Email: tsweeney@htsweeney.com | Trade Payable | | | | $455,106.00 |

Debtor name  **PES Holdings, LLC,** *et al.*                                          Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 23  Allstate Power Vac Inc<br>Attn: Daniel Coon, Vice President and CFO<br>928 East Hazelwood Avenue<br>Rahway, NJ 07065 | Allstate Power Vac Inc<br>Tel: 732-815-0220<br>Fax: 732-815-9892<br>Email: MARKETING@ACVENVIRO.COM | Trade Payable | | | | $441,497.00 |
| 24  Handex Consulting & Remediation, LLC<br>Attn: Andy Shoulders, President and COO<br>at 1350 Orange Ave. Suite 101<br>Winter Park FL 32789 | Handex Consulting & Remediation, LLC<br>Tel: 609-336-2590<br>Fax: 609-336-2589 | Trade Payable | | | | $355,330.00 |
| 25  Belco Technologies Corp<br>Attn: General Manager<br>9 Entin Road<br>Parsippany, NJ 07054 | Belco Technologies Corp<br>Tel: 973-884-4700<br>Fax: 973-884-4775 | Trade Payable | | | | $352,732.00 |

| Debtor name | **PES Holdings, LLC**, *et al.* | | Case No. (If known) | |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26  Archer Daniels Midland Company  Attn: General Manager  4666 Faries Parkway  Decatur, IL 62526 | Archer Daniels Midland Company  Tel: 217-424-5200  Fax: 217-424-5200 | Trade Payable | | | | $342,046.00 |
| 27  Elliott Company  Attn: General Manager  P.O. Box 951519  Cleveland, OH 44193 | Elliott Company  Tel: 330-656-3930  Fax: 330-653-8505 | Trade Payable | | | | $300,100.00 |
| 28  Veolia North America Regeneration  Attn: Steve Hopper, President North America Regeneration Services  4760 World Houston Pkwy Ste 100  Houston, TX 77032 | Veolia North America Regeneration  Tel: 888-983-6542 | Trade Payable | | | | $297,712.00 |
| 29  Teco Westinghouse Motor Company  Attn: Vincent Tang, President  5100 North IH-35  Round Rock, TX 78681 | Teco Westinghouse Motor Company  Tel: 800-451-8798  Fax: 512-255-4141 | Trade Payable | | | | $285,067.00 |

Debtor name   **PES Holdings, LLC,** *et. al.*   _____   Case No. (If known)   _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  Infineum USA LP<br>Attn: General Manager<br>1900 E. Linden Avenue<br>PO Box 735<br>Linden, NJ 07036 | Infineum USA LP<br>Tel: 800-654-1233<br>Fax: 908-474-6117 | Trade Payable | | | | $278,294.00 |
| 31  Brenntag Northeast Inc<br>Attn: General Manager<br>81 W. Huller Lane<br>Reading PA, 19605 | Brenntag Northeast Inc<br>Tel: 610-926-6100<br>Fax: 610-916-3782<br>Email:  BNEReadingCS@brenntag.com | Trade Payable | | | | $272,526.00 |
| 32  Fleetwood Industrial Products<br>Attn: General Manager<br>11 Creek Parkway<br>Boothwyn, PA 19061 | Fleetwood Industrial Products<br>Tel: 610-859-8951<br>Fax: 610-859-8957 | Trade Payable | | | | $266,741.00 |
| 33  Haldor Topsoe Inc<br>Attn: General Manager<br>17629 Elcamino Real<br>Houston, TX 77058 | Haldor Topsoe Inc<br>Tel: 281-228-5000<br>Fax: 281-228-5019<br>Email: postmaster@topsoe.com | Trade Payable | | | | $265,263.00 |

Debtor name **PES Holdings, LLC,** *et al.*                                          Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 34  Chalmers & Kubeck Inc<br>Attn: Dennis Kubeck, President<br>150 Commerce Drive<br>Aston, PA 19014 | Chalmers & Kubeck Inc<br>Tel: 610-494-4300<br>Fax: 610-485-1484<br>Email: info@candk.com | Trade Payable | | | | $238,245.00 |
| 35  Team Industrial Services Inc<br>Attn: General Manager<br>8115 Red Bluff<br>Pasadena, TX 77507 | Team Industrial Services Inc<br>Tel: 713-378-8600<br>Fax: 713-378-8660 | Trade Payable | | | | $218,013.00 |
| 36  Service Painting Inc<br>Attn: General Manager<br>200 Price Street<br>Marcus Hook, PA 19061 | Service Painting Inc<br>Tel: 610-497-4069 | Trade Payable | | | | $212,310.00 |
| 37  Johnson Matthey Process<br>Attn: General Manager<br>115 Eli Whitney Blvd<br>Savannah GA 31408 | Johnson Matthey Process<br>Tel: 912-748-0630 | Trade Payable | | | | $211,038.00 |

| Debtor name | **PES Holdings, LLC,** *et al.* | | | Case No. (If known) | | |

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 38  Amquip Crane Rental, LLC Attn: Robert Schiller, CFO 1150 Northbrook Drive Suite 100 Trevose, PA 19053 | Amquip Crane Rental, LLC Tel: 215-639-9200 Fax: 215-359-2767 Email: robert.schiller@amquip.com | Trade Payable | | | | $194,679.00 |
| 39  Honeywell Attn: Anne T. Madden, SVP and General Counsel 101 Columbia Rd Morristown, NJ 07962 | Honeywell Tel: 877-841-2840 Fax: 973-455-4807 | Trade Payable | | | | $189,102.00 |
| 40  Sulzer Pump Services (US) Inc Attn: General Manager P.O. Box 743013 Atlanta, GA 30374 | Sulzer Pump Services (US) Inc Tel: 423-296-1919 | Trade Payable | | | | $188,852.00 |
| 41  Exxonmobil Catalyst Technologies LLC Attn: General Manager 4500 Bayway Drive Baytown, TX 77520-9728 | Exxonmobil Catalyst Technologies LLC Tel: 281-834-5629 | Trade Payable | | | | $185,134.00 |

Debtor name   **PES Holdings, LLC,** *et al.*                                      Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 42  ZeroChaos<br>Attn: Ted Blankenship, CFO<br>420 South Orange Avenue Suite 600<br>Orlando, FL 32801 | ZeroChaos<br>Tel: 407-770-6161<br>Fax: 877-888-9376<br>Email: service@zerochaos.com | Trade Payable | | | | $171,266.00 |
| 43  Univar USA Inc<br>Attn: David Jukes, President<br>3075 Highland Parkway Suite 200<br>Downers Grove, IL 60515 | Univar USA Inc<br>Tel: 331-777-6000 | Trade Payable | | | | $170,746.00 |
| 44  Kellogg Brown & Root Inc<br>Attn: Mark Sopp, Executive Vice President and CFO<br>601 Jefferson Street<br>Houston, TX 77002 | Kellogg Brown & Root Inc<br>Tel: 713-753-2985<br>Fax: 713-753-2985 | Trade Payable | | | | $169,984.00 |

Official Form 204       **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       Page 13

**Debtor name**  **PES Holdings, LLC,** *et al.*                    **Case No. (If known)** _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45  Piping Technology & Products, Inc.<br>Attn: General Manager<br>P.O. Box 34506<br>Houston, TX 77234-4506 | Piping Technology & Products, Inc.<br>Tel: 713-731-0030<br>Fax: 713-731-8640<br>Email: info@pipingtech.com | Trade Payable | | | | $167,961.00 |
| 46  Lucknow Highspire Terminals Inc<br>Attn: General Manager<br>900 S. Eisenhower Blvd<br>P.O. Box 2621<br>Middletown, PA 17057 | Lucknow Highspire Terminals Inc<br>Tel: 717-939-0466 | Trade Payable | | | | $163,956.00 |
| 47  GE International Inc<br>Attn: General Manager<br>4200 Wildwood Pkwy<br>Atlanta, GA 30339 | GE International Inc<br>Tel: 678-844-6000 | Trade Payable | | | | $160,979.00 |

Debtor name **PES Holdings, LLC,** *et al.* _____     Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 48  US Environmental Inc<br>Attn: General Manager<br>409 Boot Road<br>Downingtown, PA 19335 | US Environmental Inc<br>Tel: 610-518-5800<br>Fax: 610-518-0500<br>Email: info@usenv.com | Trade Payable | | | | $156,425.00 |
| 49  American Railcar Leasing, LLC<br>Attn: Tim Jonhson, SVP<br>c/o SMBC Rail Services LLC<br>300 South Riverside Plaza, Suite 1925<br>Chicago, IL 60606 | American Railcar Leasing, LLC<br>Tel: 312-559-4805<br>Fax: 312-559-4829<br>Email: Tim.Johnson@SMBCRail.com | Trade Payable | | | | $147,510.00 |
| 50  Ferguson Enterprises #1300<br>Attn: General Manager<br>P.O. Box 417592<br>Boston, MA 02241-7592 | Ferguson Enterprises #1300<br>Tel: 617-562-5146<br>Fax: 617-562-5191 | Trade Payable | | | | $145,619.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          Page 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| PES HOLDINGS, LLC, | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

Chapter 11

Case No. 18-[_____] (___)

**LIST OF EQUITY SECURITY HOLDERS**[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| PES Holdings, LLC | Philadelphia Energy Solutions LLC | 1735 Market Street Philadelphia, PA 19103 | 100% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, | Case No. 18-[_____] (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Philadelphia Energy Solutions LLC | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PES HOLDINGS, LLC, | ) Case No. 18-_____(___) |
|  | ) |
| Debtor. | ) |
|  | ) |

<u>**CERTIFICATION OF CREDITOR MATRIX**</u>

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "<u>Debtors</u>")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | PES Holdings, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration_____ List of Equity Security Holders, Corporate Ownership Statement, and Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| 01/21/2018 | ☒ |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Gregory G. Gatta** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**