# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PES HOLDING, LLC et al.[1] | ) | Case No. 18-10122 (KG) |
|  | ) |  |
| Debtors | ) | (Jointly Administered) |
|  | ) |  |

### Declaration of Robert L. Harris C.P.A.

I, Robert Harris, hereby declare:

1. I am the owner of Harris & Associates, a certified public accounting firm located in Birmingham, Alabama. I have been preparing and analyzing financial statements for over 35 years. I have prepared financial-statement analyses for the United States as well as for defendant companies involved in litigation with the United States. The companies have ranged in size from less than $100,000 in assets to billions in assets. My current CV is attached.

2. On January 21, 2018, Philadelphia Energy Solutions Refining and Marketing (PESRM) and other Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware. As a part of this filing, PESRM was seeking relief from complying with its Clean Air Act renewable fuel standard (RFS) obligations through retirement of renewable identification numbers (RINs), which was estimated to cost approximately $350 million as of the date of filing. The Department of Justice contracted with Harris & Associates, a certified public accounting firm, to assess the company's financial ability to comply with its RFS obligations.

3. In the course of performing this work, the information I was provided included, but was not limited to, the following:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are, PES Holding, LLC (8157); North Yard Financing, LLC (6284)North Yard Logistics, L.P.(5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC(9202); PES Logistics Partners, L.P.(1288); PESRM Holdings, LLC(2107); and Philadelphia Energy Solutions Refining and Marketing LLC (7574).

      a.  PESRM projected balance sheet and income statement for the years ended December 31, 2018 through December 31, 2021 prepared by PESRM personnel.

      b.  PESRM historical balance sheet and income statement for the years ended December 31, 2013 through December 31, 2017.

      c.  PESRM prepared analysis of five year trailing twenty four month average 2-1-1 crack spreads prepared on February 28, 2018 for the time period from February 26, 2013 thru February 26, 2018.

      d.  Declaration of Greg Gatta, Chief Executive Officer of PES Holdings, LLC, in Support of Chapter 11 Petitions and First day Motions dated January 22, 2018.

      e.  Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of PES Holdings, LLC and its Debtor Affiliates dated January 17, 2018.

4. I examined the financial projections included in the Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of PES Holdings, LLC and its Debtor Affiliates as well as additional information provided by the Debtors at my request in February, 2018.

5. The company's financial projections were based on the assumption that the bankruptcy court would allow the company to sell, rather than retire, all the RINs that it held. The proceeds from the sale of the RINs would be used to help fund future operations.

6. A major factor in determining the company's profitability and, therefore its viability, is its current and projected 2-1-1 crack spread. The 2-1-1 crack spread refers to the approximate refining margin resulting from processing two barrels of crude oil to produce one barrel of gasoline and one barrel of distillate. In the financial projections included in the January Disclosure Statement, the company projected its 2-1-1 crack spread at an approximate average of $ 16.25 per barrel over the next four years.

7. In calculating the projections, every $1.00 change in the crack spread, either increasing or decreasing, translates into a $110 million dollar positive or negative impact on the company's net income and cash flow.[2]

---

[2]Declaration of Greg Gatta dated January 22, 2018 p. 36.

8.  As part of the dialogue between the Company and the government, The Company provided its most current estimates of future crack spreads and the 2-1-1 crack spreads for 2018 and 2019 are estimated to average $14.95 per barrel.

9.  Company personnel provided an analysis of a five year trailing twenty-four month average 2-1-1 crack spread. During the time period from February 26, 2013 through February 26, 2018, the twenty-four month trailing 2-1-1 crack spread for the refining industry has averaged $13.88 per barrel. Based on the data, there is a 95% confidence level that refining industry crack spreads over the next five years will fall between $12.69 and $14.75 per barrel.

10. Based on the data provided by the Company, I evaluated the Company's projected cash levels over the next four years. Any requirement in the settlement agreement to retire additional RINs currently held rather than the company selling them will decrease the projected cash on hand by the value of the RINs retired.

11. To settle the company's prior RFS obligations, the terms of the settlement agreement require PESRM to retire 138 million RINs. Retirement of these RINs will reduce projected cash balances accordingly and bring them to levels that would be considered very minimal for a company with total annual revenues and costs in excess of $8 billion a year.

12. Based on the information that I reviewed and the financial analysis that I performed, PES's plan is already approaching the limit of viability. In my opinion, any requirement to retire RINs to meet past obligations, either presently or in the future, in addition to the 138 million outlined in the settlement agreement, poses a significant risk to the company remaining a viable entity post bankruptcy.

13. Over the course of this engagement, the financial information provided to me was also shared with GlassRatner Advisory & Capital Group, LLC, a specialty consulting firm hired by the Department of Justice with expertise in restructuring transactions, the energy industry, and refinery accounting. GlassRatner Advisory & Capital Group, LLC's experts have concurred with my conclusion about the company's ability to comply with its RFS obligations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of March, 2018.

_____

Robert Harris, C.P.A.

Robert L. Harris
850 Corporate Parkway Suite 102
Birmingham, Alabama

## Education

Graduated Magna Cum Laude from Auburn University in June 1978.

## Certifications
Certified Public Accountant   June 1980.

## Professional Organizations

American Institute of Certified Public Accountants
Alabama State Society of Certified Public Accountants

## Work Experience

*June 1978 - February 1981*

In charge accountant with Deloitte Haskins & Sells in Birmingham, Alabama. Primary responsibilities included audits of financial institutions with assets ranging from forty to six hundred million. In charge accountant on both banks and savings and loan associations.

*March 1981 - February 1983*

Director of Internal Audit for Jefferson Federal Savings and Loan Association in Birmingham, Alabama. My duties included audit responsibility for all financial areas of the company and providing assistance to the external auditors.

*March 1983 - January 1985*

Internal auditor for Jim Walter Corporation in Birmingham, Alabama. My duties included financial analysis of various divisions, review of internal control procedures and work associated with various divestitures.

*February 1985 - August 1987*

In charge accountant for Dudley, Hopton-Jones, Simms & Freeman in Birmingham, Alabama. Duties included in charge responsibility for audits and director reviews of community banks in Alabama and Georgia with assets ranging from ten to fifty five million.

*September 1987 – November 1999*

Established my own firm, Robert L. Harris, C.P.A. in Birmingham, Alabama in September 1987, which was later merged with Henry M. Denbo, C.P.A. to form Denbo Harris & Co. Performed audits and other accounting services for a broad range of industries in Alabama, Arkansas, Tennessee and California.

*December 1999 – Present*

Established the firm of Harris & Associates. Currently perform audits and other accounting services for a broad range of industries in Alabama, Tennessee, and Georgia.

*December 1999 – Present*

Established RLH Construction Company, Inc. which builds residential houses in Alabama.