## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10122 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on April 3, 2018, at my direction and under my supervision, employees of Rust Consulting/Omni Bankruptcy caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via overnight mail by placing the document in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in **Exhibit B** attached hereto:

- **Notice of Filing of Fee Application/Second Monthly Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 1, 2018 through February 28, 2018 [Docket No. 368]**

Dated: April 4, 2018

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 4 day of April, 20 18, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107), and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# **<u>EXHIBIT A</u>**

ARNOLD & PORTER KAYE SCHOLER
ROSA J. EVERGREEN
ROSA.EVERGREEN@ARNOLDPORTER.COM

ASHBY & GEDDES
WILLIAM P. BOWDEN
WBOWDEN@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
RICARDO PALACIO, ESQ.
RPALACIO@ASHBYGEDDES.COM

BALLARD SPAHR LLP
CHANTELLE MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
CHRISTINE BARBA
BARBAC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
ROSETTA PACKER
PACKERR@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY DALUZ
DALUZT@BALLARDSPAHR.COM

BROWN RUDNICK LLP
ANDREW STREHLE, ESQ.
ASTREHLE@BROWNRUDNICK.COM

CAHILL GORDON & REINDEL LLP
DARREN SILVER
DSILVER@CAHIL.COM

CAHILL GORDON & REINDEL LLP
JOEL LEVITIN
JLEVITIN@CAHILL.COM

CAHILL GORDON & REINDEL LLP
RICHARD STIEGLITZ, JR.
RSTIEGLITZ@CAHILL.COM

CITY OF PHILADELPHIA LAW DEPARTMENT
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

GREENBERG TRAURIG, LLP
DENNIS MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
RYAN WAGNER
WAGNERR@GTLAW.COM

GREENBERT TRAURIG, LLP
ISKENDER CATTO
CATTOI@GTLAW.COM

KAPLIN STEWART MELOFF REITER & STEIN, P.C.
WILLIAM LEVANT
WLEVANT@KAPLAW.COM

KIRKLAND & ELLIS LLP
MATTHEW FAGEN
MATTHEW.FAGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEVEN SERAJEDDINI
STEVEN.SERAJEDDINI@KIRKLAND.COM

KRAEMER BURNS, P.A.
RAYMOND M. PATELLA
RPATELLA@KRAEMERBURNS.COM

LAW OFFICES OF PATRICIA WILLIAMS PREWITT
PATRICIA WILLIAMS PREWITT
PWP@PATTIPREWITTLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
JOHN DILLMAN
HOUSTON_BANKRUPTCY@PUBLICANS.COM

MCGUIREWOODS LLP
JOHN H. MADDOCK III
JMADDOCK@MCGUIREWOODS.COM

MORRISON & FOERSTER LLP
DAVID KAUFMAN
DKAUFMAN@MOFO.COM

MORRISON & FOERSTER LLP
JAMES NEWTON
JNEWTON@MOFO.COM

MORRISON & FOERSTER LLP
TODD GOREN
TGOREN@MOFO.COM

NORTON ROSE FULBRIGHT US LLP
TOBY GERBER
TOBY.GERBER@NORTONROSEFULBRIGHT.COM

NORTON ROSE FULLBRIGHT US LLP
RYAN MANNS
RYAN.MANNS@NORTONROSEFULBRIGHT.COM

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
USTPREGION03.WL.ECF@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PEPPER HAMILTON LLP
DAVID STRATTON
STRATTOND@PEPPERLAW.COM

POST & SCHELL, P.C.
BRIAN BISIGNANI
BBISIGNANI@POSTSCHELL.COM

REED SMITH LLP
EMILY DEVAN
EDEVAN@REEDSMITH.COM

REED SMITH LLP
KURT GWYNNE
KGWYNNE@REEDSMITH.COM

STROOCK & STROOCK & LAVAN LLP
HAROLD A. OLSEN
HOLSEN@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
MARK A. SPEISER
MSPEISER@STROOCK.COM

US DEPARTMENT OF JUSTICE
LEAH LERMAN
LEAH.V.LERMAN@USDOJ.GOV

WOMBLE BOND DICKINSON (US) LLP
MATTHEW WARD
MATTHEW.WARD@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
NICHOLAS VERNA
NICK.VERNA@WBD-US.COM

YOUNG CONAWAY STARGATT & TAYLOR, LLP
JOSEPH M. BARRY
JBARRY@YCST.COM

YOUNG CONAWAY STARGATT & TAYLOR, LLP
MATTHEW B. LUNN
MLUNN@YCST.COM

Parties Served:  42

# **EXHIBIT B**

AKERMAN LLP
JOHN MITCHELL
2001 ROSS AVENUE
SUITE 3600
DALLAS TX 75201

AKERMAN LLP
MARY KATHERINE FACKLER
50 N LAURA ST., #3100
JACKSONVILLE FL 32202

ALLSTATE POWER VAC INC
DANIEL COON, VP & CFO
928 EAST HAZELWOOD AVENUE
RAHWAY NJ 7065

AMQUIP CRANE RENTAL, LLC
ROBERT SCHILLER, CFO
1150 NORTHBROOK DRIVE
SUITE 100
TREVOSE PA 19053

ANDERSON CONSTRUCTION SERVICES
RICKE C. FOSTER, VP
6958 TORRESDALE AVENUE
SUITE 300
PHILADELPHIA PA 19135

ARCHER DANIELS MIDLAND COMPANY
GENERAL MANAGER
4666 FARIES PARKWAY
DECATUR IL 62526

BELCO TECHNOLOGIES CORP
GENERAL MANAGER
9 ENTIN ROAD
PARSIPPANY NJ 7054

BNSF RAILWAY COMPANY
KRISTI GREEN, LAW DEPARTMENT
2650 LOU MENK DRIVE
FORT WORTH TX 76131

BRAND INSULATION SERVICES
GENERAL MANAGER
32 IRON SIDE COURT
WILLINGBORO NJ 8046

BRENNTAG NORTHEAST INC
GENERAL MANAGER
81 W. HULLER LANE
READING PA 19605

CAHIL GORDON & REINDEL LLP
SUSANNA SUH/ JOEL LEVITIN
ATTN: DARREN SILVER
80 PINE ST
NEW YORK NY 10005

CHALMERS & KUBECK INC
DENNIS KUBECK, PRESIDENT
150 COMMERCE DRIVE
ASTON PA 19014

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON, JR./DANIEL ASTIN
1204 N. KING ST.
WILMINGTON DE 19801

CM TOWERS INC
DENNIS R MORAN, PRESIDENT & CEO
21 COMMERCE DRIVE
CRANFORD NJ 07016-3507

COHEN, WEISS AND SIMON LLP
RICHARD SELTZER/HIRAM ARNAUD
900 3RD AVE., 21ST FLOOR
21ST FLOOR
NEW YORK NY 10036

CSX TRANSPORTATION
NATHAN D. GOLDMAN, EXECUTIVE VP
500 WATER STREET
15TH FLOOR
JACKSONVILLE FL 32202

DAVIS POLK & WARDWELL LLP
DAMIAN S. SCHAIBLE/ARYEH E. FALK
450 LEXINGTON AVENUE
NEW YORK NY 10017

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL STREET
SUITE 4
DOVER DE 19901

DIVERSIFIED COMPANY
GENERAL MANAGER
200 CLARENDON
BOSTON MA 2116

DIVISION OF UNEMPLOYMENT INS.
DEPARTMENT OF LABOR
4425 N. MARKET STREET
WILMINGTON DE 19802

ELLIOTT COMPANY
GENERAL MANAGER
P.O. BOX 951519
CLEVELAND OH 44193

EXXONMOBIL CATALYST TECHNOLOGIES LLC
GENERAL MANAGER
4500 BAYWAY DRIVE
BAYTOWN TX 77520-9728

FERGUSON ENTERPRISES #1300
GENERAL MANAGER
P.O. BOX 417592
BOSTON MA 02241-7592

FLEETWOOD INDUSTRIAL PRODUCTS
GENERAL MANAGER
11 CREEK PARKWAY
BOOTHWYN PA 19061

GE INTERNATIONAL INC
GENERAL MANAGER
4200 WILDWOOD PKWY
ATLANTA GA 30339

GENERAL & MECHANICAL CONTRACTORS
JOHN GRASSO, OWNER
408 SOUTHGATE COURT
MICKLETON NJ 8056

GOLDSTEIN & MCCLINTOCK LLLP
MARIA APRILE SAWCZUK
501 SILVERSIDE RD, SUITE 65
WILMINGTON DE 19809

GOLDSTEIN & MCCLINTOCK LLLP
THOMAS FAWKES
111 W. WASHINGTON ST. #1221
CHICAGO IL 60602

H T SWEENEY & SON INC
TERRY SWEENEY
308 DUTTON MILL ROAD
BROOKHAVEN PA 19015-1197

HALDOR TOPSOE INC
GENERAL MANAGER
17629 ELCAMINO REAL
HOUSTON TX 77058

HANDEX CONSULTING & REMEDIATION, LLC
ANDY SHOULDERS, PRESIDENT & COO
1350 ORANGE AVENUE
SUITE 101
WINTER PARK FL 32789

HONEYWELL
ANNE T. MADDEN, SVP & GENERAL COUNSEL
101 COLUMBIA RD
MORRISTOWN NJ 7962

INFINEUM USA LP
GENERAL MANAGER
1900 E. LINDEN AVENUE
LINDEN NJ 7036

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST.
MAIL STOP 5-Q30-133
PHILADELPHIA PA 19104-5016

J J WHITE INC
ED PURDY, EXECUTIVE VP, CFO
5500 BINGHAM STREET
PHILADELPHIA PA 19120

JACOBS ENGINEERING
STEVE DEMETRIOU, CEO
1880 WAYCROSS ROAD
CINCINNATI OH 45240

JOHNSON MATTHEY PROCESS
GENERAL MANAGER
115 ELI WHITNEY BLVD
SAVANNAH GA 31408

KELLOGG BROWN & ROOT INC
MARK SOPP, EXECUTIVE VP
601 JEFFERSON STREET
HOUSTON TX 77002

KIRK ERECTORS, INC.
CHARLES K. ELLISON, PRESIDENT
150 CAPITAL DRIVE
SUITE 260
GOLDEN CO 80401

LATHAM & WATKINS LLP
KEITH SIMON/PAUL SHERIDAN, JR.
815 THIRD AVENUE
NEW YORK NY 10022

LAW OFFICE OF CURTIS A. HEHN
CURTIS A. HEHN
1007 N. ORANGE ST.
4TH FLOOR
WILMINGTON DE 19801

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
SUSAN KAUFMAN
919 N. MARKET ST. #460
WILMINGTON DE 19801

LUCKNOW HIGHSPIRE TERMINALS INC
GENERAL MANAGER
900 S. EISENHOWER BLVD
MIDDLETOWN PA 17057

MATRIX SERVICE INDUSTRIAL CONTRACTORS, INC.
KEVIN S. CAVANAH, CFO
5100 E. SKELLY DR.
SUITE 100
TULSA OK 74135

MECHANICAL DYNAMICS & ANALYSIS
JOHN VANDERHOEF, PRESIDENT AND CEO
19 BRITISH AMERICAN BLVD
LATHAM NY 12110

MILLER AXLINE & SAWYER
DUANE MILLER
1050 FULTON AVE., #100
SACRAMENTO CA 95825

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ROBERT J. DEHNEY/ANDREW REMMING
1201 N MARKET ST #1800
WILMINGTON DE 19801

NOOTER CONSTRUCTION CO
BERNIE WICKLEIN, PRESIDENT
6 NESHAMINY INTERPLEX
SUITE 300
TREVOSE PA 19053

NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019

PHILADELPHIA ENERGY SOLUTIONS
JOHN B. MCSHANE
1735 MARKET ST
PHILADELPHIA PA 19103

PIPING TECHNOLOGY & PRODUCTS, INC.
GENERAL MANAGER
P.O. BOX 34506
HOUSTON TX 77234-4506

SECRETARY OF THE TREASURY
820 SILVER LAKE BOULEVARD,
SUITE 100
DOVER DE 19904

SECURITIES & EXCHANGE COMMISSION
LARA MEHRABAN, ASSOCIATE REGIONAL DIRECTOR
200 VESEY STREET
SUITE 400
NEW YORK NY 10281

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON DC 20549

SERVICE PAINTING INC
GENERAL MANAGER
200 PRICE STREET
MARCUSHOOK PA 19061

SIMPSON & BROWN, INC
THATCHER SIMPSON, PRESIDENT
119 NORTH AVE WEST
CRANFORD NJ 7016

SIMPSON THACHER & BARTLETT LLP
SANDEEP QUSBA
425 LEXINGTON AVENUE
NEW YORK NY 10017

STATE OF DELAWARE
820 N. FRENCH STREET
DIVISION OF REVENUE 8TH FLOOR
WILMINGTON DE 19801-0820

SULZER PUMP SERVICES (US) INC
GENERAL MANAGER
P.O. BOX 743013
HOUSTON TX 77077

SUMTER TRANSPORT COMPANY
BILL CLARKE, CFO
170 S. LAFAYETTE BLVD
SUMTER SC 29150

SUNOCO PARTNERS MARKETING & TERMINAL LP
JOSEPH COLELLA, SENIOR VP
3801 WEST CHESTER PIKE
NEWTON SQUARE PA 19073

TEAM INDUSTRIAL SERVICES INC
GENERAL MANAGER
8115 RED BLUFF
PASADENA TX 77507

TECO WESTINGHOUSE MOTOR COMPANY
VINCENT TANG, PRESIDENT
5100 NORTH IH-35
ROUND ROCK TX 78681

THE BIFFERATO FIRM PA
IAN BIFFERATO/KIMBERLY GATTUSO
1007 N. ORANGE ST.
4TH FLOOR
WILMINGTON DE 19801

THYSSENKRUPP SAFWAY INC
GENERAL MANAGER
10 INDUSTRIAL HIGHWAY MS #24
SUITE 2
LESTER PA 19113

TN DEPT. OF REVENUE
TN ATTY GENERAL'S OFC.
PO BOX 20207
BANKRUPTCY DIV.
NASHVILLE TN 37202

**PES Holdings, LLC, et al. - Overnight Mail**

TRICO LIFT A DIVISION OF BLUE LINE
CHRIS CARMOLINGO
1101 WHEATON AVE
MILLVILLE NJ 8332

TRINITY INDUSTRIES LEASING COMPANY
TOM JARDINE
2525 STEMMONS FREEWAY
DALLAS TX 75207

U.S. ATTORNEY'S OFFICE
1007 N. ORANGE STREET
SUITE 700
WILMINGTON DE 19801

UNITED STEELWORKERS
DAVID JURY/NATHAN KILBERT/ANTHONY RESNICK
60 BLVD. OF THE ALLIES
ROOM 807
PITTSBURGH PA 15222

UNIVAR USA INC
DAVID LUNDIN
17411 NE UNION HILL ROAD
REDMOND WA 98052-3375

US ENVIRONMENTAL INC
GENERAL MANAGER
409 BOOT ROAD
DOWNINGTOWN PA 19335

VEOLIA NA REGENERATION
STEVE HOPPER, PRESIDENT NA
4760 WORLD HOUSTON PKWY
SUITE 100
HOUSTON TX 77032

W & K WELDING & TANK ERECTORS
WILBURN WILLIAMS, PRESIDENT
P.O. BOX 13
1000 UNION LANDING RD
RIVERTON NJ 8077

WR GRACE & CO-CONN
THOMAS BLASER, SENIOR VP & CFO
7500 GRACE DRIVE
COLUMBIA MD 21044

ZEROCHAOS
TED BLANKENSHIP, CFO
420 SOUTH ORANGE AVENUE
SUITE 600
ORLANDO FL 32801

Parties Served: 76