# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | § Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | § Case No. 18-10122 (KG) |
| Debtors. | § (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC FOR THE PERIOD OF MARCH 22, 2018 THROUGH APRIL 30, 2018**

| **Name of Applicant:** | **Katten Muchin Rosenman LLP** |
|---|---|
| Authorized to provide professional services to: | Special Committee of the Board of Managers of Philadelphia Energy Solutions Refining and Marketing LLC |
| Date of retention order: | May 14, 2018, *nunc pro tunc* to March 20, 2018 |
| Period for which compensation and reimbursement are sought: | March 22, 2018 through April 30, 2018 |
| Compensation sought as actual, reasonable, and necessary: | $24,140.80 (80% of $30,176) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $73.00 |
| Type of fee statement or application: | Monthly Fee Statement[2] |
| Objection Deadline: | July 12 2018, at 4:00 p.m. (ET) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Authorizing the Retention, Employment and Substitution of Katten Muchin Rosenman LLP, and the Withdrawal of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Attorneys for Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Effective Nunc Pro Tunc to March 20, 2018* [Docket No. 436], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered on February 26, 2018 [Docket No. 216] (the "Interim Compensation Order"), the law firm of Katten Muchin Rosenman LLP ("Katten"), attorneys for Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor"), at the direction of its Special Committee of the Board of Managers (the "Special Committee"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $24,140.80 for the reasonable and necessary legal services Katten rendered to the Debtor from March 22, 2018, through and including April 30, 2018 (the "Fee Period") (80% of $30,176) and (ii) reimbursement for the actual and necessary expenses that Katten incurred, in the amount of $73.00 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule providing certain information regarding the Katten attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 34.20 hours in connection with this chapter 11 case during the Fee Period.

    - **Exhibit B** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which

2

Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out-of-pocket expenses.

- **Exhibit C** consists of Katten's records of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate.

### Representations

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to the United States Bankruptcy Court for the District of Delaware for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements may be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

### Notice

3. Notice of this Monthly Fee Statement has been or will shortly be provided to: (i) the Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, PA 19103, Attn: John B. McShane; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Steven N. Serajeddini and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Matthew C. Fagen; (iii) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones; (iv) co-counsel to the Parent Parties, Latham & Watkins LLP, 815 Third Avenue, New York, NY 10022, Attn: Keith A. Simon and Paul F. Sheridan, Jr. and Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, NY 10103, Attn: John Mitchell; (v) counsel to the Consenting NYL Creditors, Cahill Gordon & Reindel LLP, 80 Pine Street, New York, NY 10005, Attn: Susanna M. Suh, Joel H. Levitin, and Darren Silver;

(vi) counsel to the Consenting Term Loan B Creditors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Damian S. Schaible and Aryeh E. Falk; (vii) the Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Richard Schepacarter; and (viii) any party that has requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Katten requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $24,213.80, consisting of (a) $24,140.80, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Katten; and (b) $73.00 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated: June 22, 2018
New York, New York

/s/ *Steven J. Reisman*
Steven J. Reisman (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: sreisman@katten.com
theresa.foudy@kattenlaw.com

-and-

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## VERIFICATION OF STEVEN J. REISMAN

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1. I am a partner of the law firm of Katten Muchin Rosenman LLP ("Katten" or "Firm") located at 575 Madison Avenue, New York, New York 10022. I am the lead attorney from Katten working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, District of Connecticut, Eastern District of Michigan, and Eastern District of Wisconsin; United States Courts of Appeals for the Second Circuit and the Third Circuit; and the United States Supreme Court. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Katten as counsel to Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor"), at the direction of its Special Committee of the Board of Managers, and am familiar with all other work performed on behalf of the Debtor by the lawyers and other persons in the Firm.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 22, 2018              /s/  *Steven J. Reisman*
        New York, NY              Steven J. Reisman
                                                     as Partner of Katten Muchin Rosenman LLP