# EXHIBIT A

# Exhibit A

## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

### Attorneys

| Attorney | Position with the Applicant and Year Admitted in N.Y. | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven J. Reisman | Partner | 1991 | Restructuring | $ 1,150 | 10.40 | $ 11,960.00 |
| Theresa A. Foudy | Partner | 1994 | Restructuring | 990 | 13.00 | 12,870.00 |
| Allison E. Yager | Associate[1] | 2014 | Restructuring | 495 | 10.80 | 5,346.00 |
| **Totals for Attorneys** | | | | | **34.20** | **$ 30,176.00** |

### Paraprofessionals

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| NONE | | | | | |

---

[1] Allison Thompson is admitted in the state of Illinois and is not admitted in New York.

# EXHIBIT B

**Exhibit B**

**Summary of Actual and Necessary Expenses**

| Expenses by Category | Amount |
|---|---:|
| Travel to and from Court | $73.00 |
| **Total** | **$73.00** |

# EXHIBIT C

# Exhibit C

**Detailed Description of Fees, Expenses and Disbursements**



Direct Billing Inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

**575 Madison Avenue**
**New York, NY 10022-2585**

June 6, 2018

Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC
Attn: John McShane, Esq.
1735 Market Street
11th Floor
Philadelphia, PA 19103

Invoice No. 1301458957
Client No. 390865
Matter No. 00001

FEIN: 36-2796532

**Re: PES Bankruptcy** (390865.00001)

| | |
|---|---|
| For legal services rendered through April 30, 2018 | $10,841.50 |
| Disbursements and other charges | $73.00 |
| **CURRENT INVOICE TOTAL:** | **$10,914.50** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Apr 18 | Yager, Allison E. | Revise Katten retention application (1.60); review docket re: amended proposed confirmation order (.20); set up telephonic hearing access for T. Foudy (.30) | 2.10 |
| 02 Apr 18 | Foudy, Theresa | Review amended proposed confirmation order (.20) | 0.20 |
| 03 Apr 18 | Yager, Allison E. | Correspondence with T. Foudy re: retention application (.10); review docket re: involvement of certain law firms (.10); revise Katten retention application (.20); review and summarize Growth Energy objection to EPA consent decree (.30) | 0.70 |
| 03 Apr 18 | Foudy, Theresa | Review summary of Debtors' response to Growth Energy motion to intervene (.10) | 0.10 |
| 04 Apr 18 | Reisman, Steven | Update re: RIN settlement and status of same including preparation for today's hearing (1.10); update re: today's hearing on RIN settlement motion and review email from T. Foudy re: same (.80) | 1.90 |
| 04 Apr 18 | Foudy, Theresa | Telephonically appear at hearing on approval of RINs settlement and draft summary of same for client (3.80) | 3.80 |
| 05 Apr 18 | Yager, Allison E. | Pull, review, and summarize Debtors' reply iso U.S. Motion to Approve Consent Decree (.30); email summary to T. Foudy and S. Reisman re: same(.10); revise Katten retention application (.10); correspondence with T. Foudy re: retention application (.10) | 0.60 |
| 05 Apr 18 | Reisman, Steven | Update re: consent to CRE (.20); follow up re: retention application (.20) | 0.40 |
| 09 Apr 18 | Yager, Allison E. | Correspond with T. Foudy and S. Reisman re: order approving EPA settlement (.10) | 0.10 |
| 17 Apr 18 | Yager, Allison E. | Review docket for any filings that require attention (.10) | 0.10 |
| 17 Apr 18 | Foudy, Theresa | Review docket update (.10) | 0.10 |
| 20 Apr 18 | Yager, Allison E. | Review and summarize confirmation order's provisions re: professional fees (.20) | 0.20 |
| 20 Apr 18 | Reisman, Steven | Review materials in preparation for Board Call and update on matters related to Philadelphia Energy (.40) | 0.40 |
| 20 Apr 18 | Foudy, Theresa | Review materials prepared for board call (.30); attend to fee application (.30) | 0.60 |
| 23 Apr 18 | Yager, Allison E. | Prepare and revise Katten retention application (.60); email T. Foudy and S. Reisman re: motion to extend removal deadline (.10); correspondence with T. Foudy, S. Reisman, and J. Sieger re: retention application (.10); correspondence with T. Foudy re: May omnibus hearing date (.10) | 0.90 |
| 23 Apr 18 | Reisman, Steven | Update re: matters related to Katten retention and follow up re: case status (.40) | 0.40 |
| 23 Apr 18 | Foudy, Theresa | Review update on docket filings and hearing schedule (.10) | 0.10 |
| 25 Apr 18 | Yager, Allison E. | Finalize Katten retention application and coordinate filing of same with local counsel (.20) | 0.20 |

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | **TOTALS:** | **12.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 44843 | Foudy, Theresa | 4.90 | 990.00 | $4,851.00 |
| 44842 | Reisman, Steven | 3.10 | 1,150.00 | $3,565.00 |
| 44491 | Yager, Allison E. | 4.90 | 495.00 | $2,425.50 |
| | **TOTAL:** | **12.90** | | **$10,841.50** |

## SUMMARY OF DISBURSEMENTS
Matter 00001: PES Bankruptcy

| | |
|---|---:|
| Out of Town Travel | $73.00 |
| **TOTAL:** | **$73.00** |
| | |
| **MATTER TOTAL:** | **$10,914.50** |

Client: 390865 – Independent Directors of Philadelphia Energy  Invoice No. 1301458957
Solutions Refining and Marketing LLC  Invoice Date: June 6, 2018

4



575 Madison Avenue
New York, NY  10022-2585

# REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44842 - Steven Reisman | **Invoice No.:** | 1301458957 |
| **Client:** | 390865 - Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC | **Invoice Date:** | 06 Jun 18 |
| **Matter:** | 00001 - PES Bankruptcy | | |

**Current Invoice Charges:**     **$10,914.50**

**Wire Instructions:**
Reference: 390865.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-7175

Please direct any billing inquiries to Carla Harmon at 212-940-6512 or e-mail carla.harmon@kattenlaw.com



Direct Billing Inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

**575 Madison Avenue**
**New York, NY 10022-2585**

June 6, 2018

Independent Directors of Philadelphia Energy Solutions Refining and
Marketing LLC
Attn: John McShane, Esq.
1735 Market Street
11th Floor
Philadelphia, PA 19103

Invoice No. 1301458956
Client No. 390865
Matter No. 00001

FEIN: 36-2796532

**Re: PES Bankruptcy** (390865.00001)

For legal services rendered through March 31, 2018 ............................................................ $19,334.50

**CURRENT INVOICE TOTAL:** **$19,334.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 22 Mar 18 | Reisman, Steven | Review of objection to confirmation and follow up re status and issue re tax claim and update on RIN transaction with EPA (1.10); review Plan and Disclosure Statement for upcoming confirmation hearing (1.30) | 2.40 |
| 22 Mar 18 | Foudy, Theresa | Draft email to clients with summary of objection to plan (.50) | 0.50 |
| 23 Mar 18 | Foudy, Theresa | Instruct in regards to preparation of hearing binders and review/comments on list of materials for inclusion in same (.50) | 0.50 |
| 24 Mar 18 | Yager, Allison E. | Draft Katten retention/substitution application. | 1.20 |
| 24 Mar 18 | Reisman, Steven | Attend to matters re: substitution of Katten and review documentation re: same including coordination re: retention application, board resolution (.70) | 0.70 |
| 25 Mar 18 | Yager, Allison E. | Continue drafting Katten retention/substitution application; review T. Foudy's comments re: same. | 1.70 |
| 26 Mar 18 | Yager, Allison E. | Call with T. Foudy re: condition precedent to plan and case background. | 0.10 |
| 26 Mar 18 | Yager, Allison E. | Revise Katten retention/substitution application. | 0.60 |
| 26 Mar 18 | Yager, Allison E. | Draft board resolutions in support of retaining Katten as bankruptcy counsel. | 0.70 |
| 26 Mar 18 | Yager, Allison E. | Correspondence with conflicts department re: searches of parties in interest for Katten retention application. | 0.30 |
| 26 Mar 18 | Reisman, Steven | Follow up re: confirmation hearing and review relevant documentation re: hearing as well as update on same (2.40) | 2.40 |
| 26 Mar 18 | Foudy, Theresa | Travel to Wilmington for confirmation hearing while reviewing agenda and filings relevant to hearing (2.50); attend confirmation hearing (.80); draft summary of same for clients (.30); return travel to New York billed at half-time (1.20) | 4.80 |
| 27 Mar 18 | Yager, Allison E. | Review conflicts information for retention application disclosure schedules. | 0.50 |
| 28 Mar 18 | Yager, Allison E. | Review order confirming plan and Growth Energy motion to intervene; email T. Foudy and S. Reisman re: same. | 0.30 |
| 28 Mar 18 | Reisman, Steven | Follow up re: confirmation order, case status (.70) | 0.70 |
| 29 Mar 18 | Yager, Allison E. | Correspondence with conflicts department re: Katten retention application. | 0.10 |
| 30 Mar 18 | Yager, Allison E. | Review docket re: any objections to motion to intervene (.10) | 0.10 |
| 30 Mar 18 | Yager, Allison E. | Correspondence with T. Foudy and local counsel re: retention application and committee resolutions (.10); review special committee resolutions (.20) | 0.30 |
| 30 Mar 18 | Reisman, Steven | Update re: confirmation settlement on RIN litigation (1.10) | 1.10 |
| 30 Mar 18 | Foudy, Theresa | Review final, filed confirmation order, second amended plan and biofuel group's motion for standing | 2.30 |

**PROFESSIONAL SERVICES**
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | to be heard in conjunction with RINs settlement (2.30) | |
| | | **TOTALS:** | **21.30** |

**SUMMARY OF PROFESSIONAL SERVICES**
Matter 00001: PES Bankruptcy

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44843 | Foudy, Theresa | 8.10 | 990.00 | $8,019.00 |
| 44842 | Reisman, Steven | 7.30 | 1,150.00 | $8,395.00 |
| 44491 | Yager, Allison E. | 5.90 | 495.00 | $2,920.50 |
| | **TOTAL:** | **21.30** | | **$19,334.50** |



**575 Madison Avenue**
**New York, NY  10022-2585**

# REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44842 - Steven Reisman | **Invoice No.:** | 1301458956 |
| **Client:** | 390865 - Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC | **Invoice Date:** | 06 Jun 18 |
| **Matter:** | 00001 - PES Bankruptcy | | |

**Current Invoice Charges:**        **$19,334.50**

**Wire Instructions:**
Reference: 390865.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-7175

Please direct any billing inquiries to Carla Harmon at 212-940-6512 or e-mail carla.harmon@kattenlaw.com