# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10122 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** Only if Objections are Filed<br>**Objection Deadline:** July 12, 2018 at 4:00 p.m. (*Prevailing* Eastern Time) |

## NOTICE OF FIRST MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURESMENT OF EXPENSES AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC FOR THE PERIOD FROM MARCH 22, 2018 THROUGH APRIL 30, 2018

**TO:** The Notice Parties as defined in the *Order (i) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (ii) Granting Related Relief* [Docket No. 216] (the "**Interim Compensation Order**").

**PLEASE TAKE NOTICE** that on June 22, 2018, debtor and debtor-in-possession Philadelphia Energy Solutions Refining and Marketing LLC (the "**Debtor**" or "**PESRM**") filed the *First Monthly Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from March 22, 2018 through April 30, 2018* (the "**Application**"). The Application seeks the **allowance** of fees in the amount of **$30,176.00** (80% = $24,140.80), the **allowance** of expenses in the amount of **$73.00**, **payment** of 80% of fees in the amount of **$24,140.80**, and **payment** of 100% of expenses in the amount of **$73.00**, pursuant to the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 12, 2018 at 4:00 p.m. (*prevailing* Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections must also be served upon the following parties so as to be **received no later than 4:00 p.m. (*prevailing* Eastern Time) on July 12, 2018:**

(i) The Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, Pennsylvania 19103 (*Attn*: John B. McShane); (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

60654 (*Attn*: Steven N. Serajeddini, Esquire) and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (*Attn*: Matthew C. Fagen, Esquire); (iii) local counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (*Attn*: Laura Davis Jones, Esquire); (iv) counsel to Parent Parties, Latham & Watkins LLP, 815 Third Avenue, New York, New York 10022 (*Attn*: Keith A. Simon, Esquire and Paul F. Sheridan, Jr., Esquire) and Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York 10103 (*Attn*: John Mitchell, Esquire); (v) counsel to the Consenting NYL Creditors, Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005 (*Attn*: Susanna M. Suh, Esquire, Joel H. Levitin, Esquire, and Darren Silver, Esquire; (vi) counsel to the Consenting Term Loan B Creditors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (*Attn*: Damian S. Schaible, Esquire and Aryeh E. Falk, Esquire); (vii) counsel to the PESRM Debtor, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022-2585 (*Attn*: Steven J. Reisman, Esquire and Theresa A. Foudy, Esquire); (viii) local counsel to the PESRM Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); and (ix) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Room 2207, Wilmington, Delaware 19801 (*Attn*: Richard Schepacarter, Esquire).

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: June 22, 2018  
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

    */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Facsimile:    (302) 295-0199  
Email:    chipman@chipmanbrown.com  
              olivere@chipmanbrown.com

—and—

Steven J. Reisman
Theresa A. Foudy
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: steven.reisman@kattenlaw.com
theresa.foudy@kattenlaw.com

*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*