# EXHIBIT A

## Exhibit A

## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

### Attorneys

| Attorney | Position with the Applicant and Year Admitted in N.Y. | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven J. Reisman | Partner | 1991 | Restructuring | $ 1,150 | 3.50 | $ 4,025.00 |
| Theresa A. Foudy | Partner | 1994 | Restructuring | 990 | 3.40 | 3,366.00 |
| Evan S. Borenstein | Partner | 1999 | Corporate | 935 | 0.50 | 467.50 |
| Allison E. Yager | Associate[1] | 2014 | Restructuring | 495 | 2.50 | 1,237.50 |
| Kyle TumSuden | Associate | 2017 | Restructuring | 495 | 3.50 | 1,732.50 |
| **Totals for Attorneys** | | | | | **13.40** | **$ 10,828.50** |

### Paraprofessionals

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jacob Azrilyant | Paralegal | Restructuring | $ 225 | .40 | $ 90.00 |
| **Total for Paraprofessionals** | | | | **.40** | **$ 90.00** |

---

[1] Allison Yager is admitted in the state of Illinois and is not admitted in New York.