# EXHIBIT B

## Exhibit B

### Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Court Telephone Charges | $121.00 |
| **Total** | **$121.00** |