# EXHIBIT C



Direct Billing Inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

**575 Madison Avenue**
**New York, NY 10022-2585**

June 27, 2018

Independent Directors of Philadelphia Energy Solutions Refining and
Marketing LLC
Attn: John McShane, Esq.
1735 Market Street
11th Floor
Philadelphia, PA 19103

Invoice No. 1301466624
Client No. 390865
Matter No. 00001

FEIN: 36-2796532

**Re: PES Bankruptcy**  (390865.00001)

For legal services rendered through May 31, 2018.................................................................. $10,918.50

Disbursements and other charges......................................................................................... $121.00

**CURRENT INVOICE TOTAL:**       **$11,039.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 May 18 | Foudy, Theresa | Review presentation materials for board meeting (.20) | 0.20 |
| 07 May 18 | Yager, Allison E. | Correspondence with K. TumSuden re: preparations for hearing on Katten retention application (.20) | 0.20 |
| 07 May 18 | Reisman, Steven | Update re: matters related to Philadelphia Energy case, supply agreement and retention of Katten as counsel for Disinterested Directors and passing of objection deadline (.40) | 0.40 |
| 07 May 18 | TumSuden, Kyle | Monitor the PESRM chapter 11 docket for filings relevant to Katten's retention application and correspond with S. Reisman and T. Foudy regarding the same (.20); draft email on behalf of T. Foudy to local counsel and Kirkland & Ellis LLP regarding lack of objections and next steps (.30) | 0.50 |
| 08 May 18 | TumSuden, Kyle | Monitor PESRM chapter 11 docket for filings relevant to Katten's retention application and confer and correspond with S. Reisman and T. Foudy regarding the same (.20); prepare and finalize a draft Certification of Counsel for filing in connection with Katten's retention application and confer and correspond with T. Foudy regarding the same (1.30) | 1.50 |
| 10 May 18 | Foudy, Theresa | Review agenda for court hearing (.10) | 0.10 |
| 11 May 18 | Foudy, Theresa | Prepare for court hearing (.10); review revised agenda canceling court hearing (.10) | 0.20 |
| 11 May 18 | Azrilyant, Jacob | Craft hearing binder per T. Foudy for May 14, 2018 retention application hearing (.40) | 0.40 |
| 14 May 18 | Yager, Allison E. | Correspondence with K. TumSuden re: case status (.20) | 0.20 |
| 14 May 18 | Reisman, Steven | Attend to review of documentation re: PESRM, matters for upcoming hearing, matters for upcoming disinterested directors meeting and update re: inter-mediation agreement and issues with respect to same (1.30) | 1.30 |
| 14 May 18 | Foudy, Theresa | Review and respond to emails regarding scheduling of board call (.10) | 0.10 |
| 14 May 18 | TumSuden, Kyle | Correspond with A. Yager regarding PES Holdings, Inc. chapter 11 cases, generally, and outstanding action items (.20); follow up re: same (.10) | 0.30 |
| 17 May 18 | Reisman, Steven | Review presentation for Board of Directors conference call as well as participate in board call re: update on matters related to intermediation agreement and status of matters with respect to same (1.10) | 1.10 |
| 17 May 18 | Foudy, Theresa | Review presentation for board call (.20); participate in board call and send summary of same to clients (.50); review docket update (.10) | 0.80 |
| 17 May 18 | Borenstein, Evan | Board call re Intermediation Agreement (.50) | 0.50 |
| 18 May 18 | Reisman, Steven | Follow up re: issues related to board authorizations as well as review of commitment letter in connection with proposed intermediation agreement and follow up with | 0.70 |

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | T. Foudy re: same (.70) | |
| 18 May 18 | Foudy, Theresa | Review board authorizations sent to directors, with attached commitment letter and documentation of proposed intermediation agreement (1.00) | 1.00 |
| 18 May 18 | TumSuden, Kyle | Monitor the PES Holdings chapter 11 cases docket and provide the internal Katten team a summary of all relevant filings, including the Order Extending the Period to Remove Actions Pursuant to the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, the Order Authorizing the Retention and Employment of Katten, and certain monthly fee applications (.50) | 0.50 |
| 21 May 18 | Yager, Allison E. | Review fee application requirements per interim compensation order (.20) | 0.20 |
| 22 May 18 | Yager, Allison E. | Draft Katten March and April monthly fee statement (1.30) | 1.30 |
| 22 May 18 | Yager, Allison E. | Analyze requirements for fee statements and interim fee applications pursuant to interim compensation order and confirmation order (.30) | 0.30 |
| 25 May 18 | Yager, Allison E. | Draft monthly fee statement (.20) | 0.20 |
| 25 May 18 | TumSuden, Kyle | Monitor the PES Holdings, LLC, et al. chapter 11 docket throughout the week and provide the internal-Katten team with a summary of relevant filings, including, without limitation, a variety of fee applications and certificates of no objection regarding the same (.50); pull, review, and circulate to S. Reisman certain of the fee applications (.20) | 0.70 |
| 31 May 18 | Yager, Allison E. | Revise Katten's first monthly fee statement (.10) | 0.10 |
| 31 May 18 | Foudy, Theresa | Review and provide comments to first monthly billing statement (.30); review motion to amend plan, corresponding pleadings, and second amended plan supplement (.70) | 1.00 |
| | | **TOTALS:** | **13.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44931 | Azrilyant, Jacob | 0.40 | 225.00 | $90.00 |
| 44844 | Borenstein, Evan | 0.50 | 935.00 | $467.50 |
| 44843 | Foudy, Theresa | 3.40 | 990.00 | $3,366.00 |
| 44842 | Reisman, Steven | 3.50 | 1,150.00 | $4,025.00 |
| 44933 | TumSuden, Kyle | 3.50 | 495.00 | $1,732.50 |
| 44491 | Yager, Allison E. | 2.50 | 495.00 | $1,237.50 |
| | **TOTAL:** | **13.80** | | **$10,918.50** |

## DISBURSEMENTS
Matter 00001: PES Bankruptcy

| Date | Description | Amount |
|---|---|---:|
| 11 May 18 | INVOICE#: 2483020205111711 <br> 5/11/2018 Court Call charges for PES Holdings Court Call charges for PES Holdings Date Incurred: 04/04/18 | 121.00 |
| | **TOTAL:** | **$121.00** |
| | **MATTER TOTAL:** | **$11,039.50** |



575 Madison Avenue
New York, NY 10022-2585

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44842 - Steven Reisman | **Invoice No.:** | 1301466624 |
| **Client:** | 390865 - Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC | **Invoice Date:** | 27 Jun 18 |
| **Matter:** | 00001 - PES Bankruptcy | | |

**Current Invoice Charges:**     **$11,039.50**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 22 Jun 18 | 1301458956 | 00001 | 19,334.50 | 19,334.50 |
| 22 Jun 18 | 1301458957 | 00001 | 10,914.50 | 10,914.50 |

**TOTAL OUTSTANDING BALANCE :**     **$30,249.00**

**TOTAL BALANCE DUE:**     **$41,288.50**

**Wire Instructions:**
Reference: 390865.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-7175

Please direct any billing inquiries to Carla Harmon at 212-940-6512 or e-mail carla.harmon@kattenlaw.com