# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Related Docket No. 473** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from March 22, 2018 Through April 30, 2018* [Docket No. 473] (the "Application"), filed on June 22, 2018. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 12, 2018 at 4:00 p.m. (prevailing Eastern Time). Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained of Professionals and (II) Granting Related Relief* [Docket No. 216] entered on February 26, 2018, Debtor Philadelphia Energy Solutions Refining and Marketing LLC is authorized to pay Katten Muchin Rosenman LLP $24,213.80, which represents 80% of the fees ($30,176), and $73.00, which represents 100% of the expenses, requested in the Application for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

.

March 22, 2018 through April 30, 2018, upon the filing of this Certificate and without the need for entry of a Court order approving the Application.

Dated: July 18, 2018
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   chipman@chipmanbrown.com
        olivere@chipmanbrown.com

—and—

Steven J. Reisman
Theresa A. Foudy
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776
Email:   steven.reisman@kattenlaw.com
        theresa.foudy@kattenlaw.com

*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*