# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 18-10122 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES

**PLEASE TAKE NOTICE THAT** on April 2, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") confirmed the *Second Amended Joint Chapter 11 Plan of Reorganization of PES Holdings Inc. and Its Debtor Affiliates* [Docket No. 286] (the "Plan"), which was attached as Exhibit A to the *Order Confirming the Debtors' Disclosure Statement for and Confirming the Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of PES Holdings, LLC and its Debtor Affiliates* [Docket No. 357] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date, as defined in the Plan, occurred on **August 7, 2018**.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article IV.B of the Plan, the Reorganized Debtors consummated the Restructuring Transactions, including the entry into and consummation of the transactions contemplated by the New First Lien Term Loan Documents, the New Intermediation Facility, the Additional Financing Facility, and the New Organizational Documents.

**PLEASE TAKE FURTHER NOTICE THAT**, subject to Article I.A.10 of the Plan, and pursuant to Article V.B of the Plan, any Proofs of Claim asserting Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases pursuant to the Plan or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan, the Confirmation Order, and the *Order (I) Approving Certain Implementation Conditions with Respect to New Intermediation Facility and (II) Granting Related Relief* [Docket No. 499], or the *Order (I) Approving Technical Modifications to the Plan and Confirmation Order Regarding the Debtors' New Intermediation Facility, and (II) Granting Related Relief* [Docket No. 463], as applicable.

DOCS_DE:220661.1 70752/001

otherwise must be filed with the Court within thirty (30) days after the date of entry of an order of the Court approving such rejection.  **Any Proofs of Claim arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases that are not timely filed shall be deemed automatically disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of the Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary.**  All Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases shall constitute General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** all final requests for payment of Professional Fee Claims incurred during the period from the Petition Date through the Confirmation Date, must be filed with the Court no later than 45 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** the terms of the Plan are immediately effective and enforceable and deemed binding on the Debtors, the Reorganized Debtors, and any and all holders of Claims or Interests (regardless of whether such holders of Claims or Interests have, or are deemed to have, accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, the Confirmation Order, and other documents and materials filed in the Chapter 11 Cases may be obtained at no charge from Rust Consulting Omni Bankruptcy, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at (844) 459-0695; (b) visiting the Debtors' restructuring website at: http://www.omnimgt.com/PhiladelphiaEnergy; and/or (c) by emailing philadelphiaenergy@omnimgt.com.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 7, 2018<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 870<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2000<br>Email: james.sprayregen@kirkland.com<br>steven.serajeddini@kirkland.com<br><br>- and -<br><br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: edward.sassower@kirkland.com<br>matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |