# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018**

| | |
|---|---|
| **Name of Applicant:** | **Katten Muchin Rosenman LLP** |
| Authorized to provide professional services to: | Special Committee of the Board of Managers of Philadelphia Energy Solutions Refining and Marketing LLC |
| Date of retention order: | May 14, 2018, *nunc pro tunc* to March 20, 2018 |
| Period for which compensation and reimbursement are sought: | June 1, 2018 through June 30, 2018 |
| Compensation sought as actual, reasonable, and necessary: | $2,546.00 (80% of $3,182.50) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $294.00 |
| Type of fee statement or application: | Monthly Fee Statement[2] |
| Objection Deadline: | September 6, 2018, at 4:00 p.m. (ET) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Authorizing the Retention, Employment and Substitution of Katten Muchin Rosenman LLP, and the Withdrawal of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Attorneys for Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Effective Nunc Pro Tunc to March 20, 2018* [Docket No. 436], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered on February 26, 2018 [Docket No. 216] (the "Interim Compensation Order"), the law firm of Katten Muchin Rosenman LLP ("Katten"), attorneys for Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor"), at the direction of its Special Committee of the Board of Managers, hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $2,546.00 for the reasonable and necessary legal services Katten rendered to the Debtor from June 1, 2018, through and including June 30, 2018 (the "Fee Period") (80% of $3,182.50), and (ii) reimbursement for the actual and necessary expenses that Katten incurred, in the amount of $294.00 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule providing certain information regarding the Katten attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 5.70 hours in connection with this chapter 11 case during the Fee Period.

    - **Exhibit B** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these

disbursements comprise the requested sum for Katten's out-of-pocket expenses.

- **Exhibit C** consists of Katten's records of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate.

**Representations**

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to the United States Bankruptcy Court for the District of Delaware for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements may be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

**Notice**

3. Notice of this Monthly Fee Statement has been or will shortly be provided to: (i) the Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, PA 19103, Attn: John B. McShane; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Steven N. Serajeddini and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Matthew C. Fagen; (iii) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones; (iv) co-counsel to the Parent Parties, Latham & Watkins LLP, 815 Third Avenue, New York, NY 10022, Attn: Keith A. Simon and Paul F. Sheridan, Jr. and Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, NY 10103, Attn: John Mitchell; (v) counsel to the Consenting NYL Creditors, Cahill Gordon & Reindel LLP, 80 Pine Street, New York, NY 10005, Attn: Susanna M. Suh, Joel H. Levitin, and Darren Silver;

(vi) counsel to the Consenting Term Loan B Creditors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Damian S. Schaible and Aryeh E. Falk; (vii) the Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Richard Schepacarter; and (viii) any party that has requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Katten requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $2,840.00, consisting of (a) $2,546.00, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Katten; and (b) $294.00 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated: August 15, 2018
       New York, New York

*/s/ Steven J. Reisman*

Steven J. Reisman (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776
Email:   sreisman@katten.com
        theresa.foudy@kattenlaw.com

- and -

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302)205-0199
Email:   chipman@chipmanbrown.com
        olivere@chipmanbrown.com

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## VERIFICATION OF STEVEN J. REISMAN

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1. I am a partner of the law firm of Katten Muchin Rosenman LLP ("Katten" or "Firm") located at 575 Madison Avenue, New York, New York 10022. I am the lead attorney from Katten working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, District of Connecticut, Eastern District of Michigan, and Eastern District of Wisconsin; United States Courts of Appeals for the Second Circuit and the Third Circuit; and the United States Supreme Court. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Katten as counsel to Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor"), at the direction of its Special Committee of the Board of Managers, and am familiar with all other work performed on behalf of the Debtor by the lawyers and other persons in the Firm.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2018
       New York, NY

*/s/ Steven J. Reisman*
Steven J. Reisman
as Partner of Katten Muchin Rosenman LLP

# Exhibit A

## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Applicant Position and Year Admitted in N.Y. | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven J. Reisman | Partner | 1991 | Restructuring | $ 1,150 | .40 | $ 460.00 |
| Theresa A. Foudy | Partner | 1994 | Restructuring | 990 | .20 | 198.00 |
| Allison E. Yager | Associate [1] | 2014 | Restructuring | 495 | .60 | 297.00 |
| Kyle J. TumSuden | Associate | 2017 | Restructuring | 495 | 4.50 | 2,227.50 |
| **Totals for Attorneys** | | | | | **5.70** | **$ 3,182.50** |

---

[1] Allison Yager is admitted in the state of Illinois and is not admitted in New York.

## Exhibit B

**Summary of Actual and Necessary Expenses**

| Expenses by Category | Amount |
|---|---:|
| Out of Town Travel | $ 294.00 |
| **Total** | **$ 294.00** |

# Exhibit C

**Detailed Description of Fees, Expenses and Disbursements**



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Carla Harmon
212-940-6512
carla.harmon@kattenlaw.com

575 Madison Avenue
New York, NY 10022-2585

August 14, 2018

Independent Directors of Philadelphia Energy Solutions Refining and
Marketing LLC
Attn: John McShane, Esq.
1735 Market Street
11th Floor
Philadelphia, PA 19103

Invoice No. 1301470648
Client No. 390865
Matter No. 00001

FEIN: 36-2796532

Re: PES Bankruptcy (390865.00001 )

For legal services rendered through June 30, 2018................................................................ . $3,182.50

Disbursements and other charges ...................................................................................... . $294.00

CURRENT INVOICE TOTAL: $3,476.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001 : PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Jun 18 | TumSuden, Kyle | Periodically monitor the PES Holdings, Inc., et al. chapter 11 docket and provide S. Reisman and T. Foudy with a summary of relevant filings (1.00) | 1.00 |
| 04 Jun 18 | Yager, Allison E. | Revise monthly fee statement (.10) | 0.10 |
| 04 Jun 18 | Foudy, Theresa | Review hearing agenda (.10) | 0.10 |
| 05 Jun 18 | Foudy, Theresa | Review notice of cancellation of hearing and entered order (.10) | 0.10 |
| 06 Jun 18 | Yager, Allison E. | Review revisions to fee application (.30) | 0.30 |
| 08 Jun 18 | Reisman, Steven | Update re: matters related to PESRM case and review of papers filed with respect to technical modifications of plan (.40) | 0.40 |
| 08 Jun 18 | TumSuden, Kyle | Monitor the PES Holdings, LLC, et al. chapter 11 docket and provide the internal Katten team with a summary of relevant filings, including, without limitation, the Order Approving Technical Modifications to the Plan and Confirmation Order and the Notice of Amended (Canceled) Hearing related thereto (.80) | 0.80 |
| 15 Jun 18 | TumSuden, Kyle | Periodically monitor the PES Holdings, LLC, et al. chapter 11 docket and provide internal Katten team with a summary of relevant filings (.50) | 0.50 |
| 22 Jun 18 | TumSuden, Kyle | Review the Chapter 11 docket for PES Holdings, LLC, et al. and provide the internal Katten team with a summary of relevant filings, including, without limitation, the Monthly Fee Statements of certain estate professionals (.60); review and revise Katten's First Monthly Fee Statement for Allowance of Administrative Claim for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for Debtor PESRM for the Period of March 22 to April 30, 2018, and confer and correspond with J. Azrilyant throughout the day regarding the same (1.10) | 1.70 |
| 27 Jun 18 | Yager, Allison E. | Review and comment on May monthly fee statement (.20) | 0.20 |
| 29 Jun 18 | TumSuden, Kyle | Periodically monitor the PES Holdings LLC, et al. Chapter 11 cases docket and provide internal Katten team with a summary of filings relevant to the clients (.50) | 0.50 |
| | | TOTALS: | 5.70 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001 : PES Bankruptcy

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44843 | Foudy, Theresa | 0.20 | 990.00 | $198.00 |
| 44842 | Reisman, Steven | 0.40 | 1,150.00 | $460.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| | Attorney or Assistant | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 44933 | TumSuden, Kyle | | 4.50 | 495.00 | $2,227.50 |
| 44491 | Yager, Allison E. | | 0.60 | 495.00 | $297.00 |
| | | **TOTAL:** | **5.70** | | **$3,182.50** |

## DISBURSEMENTS
Matter 00001: PES Bankruptcy

| Date | Description | Amount |
|---|---|---|
| 21 Jun 18 | FOUDY/THERESA A 03/26/2018 New York Penn STN/Nairobi/New York Penn STN Inv#214780, | 294.00 |
| | **TOTAL:** | **$294.00** |

## SUMMARY OF DISBURSEMENTS
Matter 00001 : PES Bankruptcy

| | |
|---|---|
| Train | $294.00 |
| **TOTAL:** | **$294.00** |
| **MATTER TOTAL:** | **$3,476.50** |



**Katten**

KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585

# REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| Attorney: | 44842 - Steven Reisman | Invoice No.: | 1301470648 |
| Client: | 390865 - Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC | Invoice Date: | 14 Aug 18 |
| Matter: | 00001 - PES Bankruptcy | | |

**Current Invoice Charges:** $3,476.50

Wire Instructions:
Reference: 390865.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-7175

Please direct any billing inquiries to Carla Harmon at 212-940-6512 or e-mail carla.harmon@kattenlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | **Hearing Date: Only if Objections are Filed** |
| | § | **Objection Deadline: September 6, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF THIRD MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURESMENT OF EXPENSES AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018

**TO:** The Notice Parties as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 216] (the "**Interim Compensation Order**").

**PLEASE TAKE NOTICE** that on June 28, 2018, debtor and debtor-in-possession Philadelphia Energy Solutions Refining and Marketing LLC (the "**Debtor**" or "**PESRM**") filed the *Third Monthly Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from June 1, 2018 through June 30, 2018* (the "**Application**"). The Application seeks the **allowance** of fees in the amount of **$3,182.50** (80% = $2,546.00), the **allowance** of expenses in the amount of **$294.00**, **payment** of 80% of fees in the amount of **$2,546.00**, and **payment** of 100% of expenses in the amount of **$294.00**, pursuant to the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 6, 2018 at 4:00 p.m. (*prevailing* Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

US_134959429v1_298000-44933

**PLEASE TAKE FURTHER NOTICE** that objections must also be served upon the following parties so as to be **received no later than 4:00 p.m. (*prevailing* Eastern Time) on September 6, 2018:**

(i) The Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, Pennsylvania 19103 (*Attn*: John B. McShane); (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (*Attn*: Steven N. Serajeddini, Esquire) and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (*Attn*: Matthew C. Fagen, Esquire); (iii) local counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (*Attn*: Laura Davis Jones, Esquire); (iv) counsel to Parent Parties, Latham & Watkins LLP, 815 Third Avenue, New York, New York 10022 (*Attn*: Keith A. Simon, Esquire and Paul F. Sheridan, Jr., Esquire) and Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York 10103 (*Attn*: John Mitchell, Esquire); (v) counsel to the Consenting NYL Creditors, Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005 (*Attn*: Susanna M. Suh, Esquire, Joel H. Levitin, Esquire, and Darren Silver, Esquire; (vi) counsel to the Consenting Term Loan B Creditors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (*Attn*: Damian S. Schaible, Esquire and Aryeh E. Falk, Esquire); (vii) counsel to the PESRM Debtor, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022- 2585 (*Attn*: Steven J. Reisman, Esquire and Theresa A. Foudy, Esquire); (viii) local counsel to the PESRM Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); and (ix) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Room 2207, Wilmington, Delaware 19801 (*Attn*: Richard Schepacarter, Esquire).

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: August 15, 2018
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

— and —

Steven J. Reisman
Theresa A. Foudy
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: steven.reisman@kattenlaw.com
theresa.foudy@kattenlaw.com

*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*