## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | § § § | Case No. 18-10122 (KG) |
| Debtors. | § § § § | (Jointly Administered) |
| | § | **Related Docket No. 531** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Third Monthly Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from June 1, 2018 Through June 30, 2018* [Docket No. 531] (the "Application"), filed on August 15, 2018. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 6, 2018 at 4:00 p.m. (prevailing Eastern Time). Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained of Professionals and (II) Granting Related Relief* [Docket No. 216] entered on February 26, 2018, Debtor Philadelphia Energy Solutions Refining and Marketing LLC is authorized to pay Katten Muchin Rosenman LLP $2,546.00 which represents 80% of the fees ($3,182.50) and $294.00 which represents 100% of the expenses requested in the Application for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

June 1, 2018 through June 30, 2018, upon the filing of this certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: September 10, 2018<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>  */s/ William E. Chipman, Jr.*  <br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br>—and—<br><br>Steven J. Reisman<br>Theresa A. Foudy<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8776<br>Email: steven.reisman@kattenlaw.com<br>theresa.foudy@kattenlaw.com<br><br>*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC* |