# EXHIBIT A

# Exhibit A

## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Applicant Position and Year Admitted in N.Y. | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven J. Reisman | Partner | 1991 | Restructuring | $ 1,150 | 10.80 | $ 12,420 |
| Theresa A. Foudy | Partner | 1994 | Restructuring | 990 | 8.80 | 8,712 |
| Allison E. Yager | Associate [1] | 2014 | Restructuring | 495 | 0.50 | 247.50 |
| Kyle J. TumSuden | Associate | 2017 | Restructuring | 495 | 20.40 | 10,098 |
| **Total for Attorneys** | | | | | **40.50** | **$ 31,477.50** |

---

[1] Allison E. Yager is admitted in the State of Illinois and is not admitted in the State of New York.