# EXHIBIT B

**Exhibit B**

**Summary of Actual and Necessary Expenses**

| Expenses by Category | Amount |
|---|---|
| N/A | N/A |
| Total | N/A |