# EXHIBIT C

# Exhibit C

**Detailed Description of Fees, Expenses and Disbursements**



Direct Billing Inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

**575 Madison Avenue**
**New York, NY 10022-2585**

September 13, 2018

Independent Directors of Philadelphia Energy Solutions Refining and
Marketing LLC
Attn: John McShane, Esq.
1735 Market Street
11th Floor
Philadelphia, PA 19103

Invoice No. 1301476311
Client No. 390865
Matter No. 00001

FEIN: 36-2796532

**Re: PES Bankruptcy** (390865.00001)

For legal services rendered through August 7, 2018 ............................................................ $31,477.50

**CURRENT INVOICE TOTAL:** **$31,477.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 06 Jul 18 | Reisman, Steven | Update re: matters related to PES chapter 11 case and general status (.40) | 0.40 |
| 06 Jul 18 | TumSuden, Kyle | Periodically monitor the PES Holdings LLC, et al. Chapter 11 docket and provide internal Katten team with a summary of all filings relevant to the clients (.60) | 0.60 |
| 08 Jul 18 | Reisman, Steven | Review of materials in preparation for PESRM Board of Directors meeting including update on financial status, update on operations at refinery, concerns re: decrease in EBITDA and issues with respect to intermediation agreement as well as adverse ruling in union arbitration as well as other matters related to PESRM in preparation for tomorrow's Board of Directors call (1.80) | 1.80 |
| 09 Jul 18 | Reisman, Steven | Review of presentation by PESRM to Board of Directors re: update on financial issues, litigation, on-going operations, changes in business operations, market and EBITDA (1.70); participate in Board of Directors update call re: matters related to PESRM and strategy going forward (1.00); follow up post call re: matters related to PESRM and possible issues with respect to confirmation plan and going effective (.60) | 3.30 |
| 09 Jul 18 | Foudy, Theresa | Participate in call with board of directors (1.00); review materials prepared for same (.50); review email exchange between clients and S. Reisman on same (.10) | 1.60 |
| 09 Jul 18 | TumSuden, Kyle | Attend PES Holdings LLC Board Update Call and confer and correspond with S. Reisman and T. Foudy regarding the same (1.10) | 1.10 |
| 12 Jul 18 | Yager, Allison E. | Review third monthly fee statement (.30) | 0.30 |
| 13 Jul 18 | TumSuden, Kyle | Periodically monitor the PES Holdings, LLC, et al. chapter 11 cases docket and provide the internal Katten team with a summary of filings relevant to the clients (.50) | 0.50 |
| 17 Jul 18 | Reisman, Steven | Review documentation re: intermediation facility and master transaction term sheet in connection with second amended joint prepackaged plan as well as emails and summary of documentation and summary email to prepare clients for issues in connection with same (1.70) | 1.70 |
| 17 Jul 18 | Foudy, Theresa | Review motion for entry of order approving implementation conditions for new intermediation facility and accompanying papers, including proposed order, motion to shorten notice, and the major transaction term sheet (1.30); edit draft email to clients summarizing same (.30) | 1.60 |
| 17 Jul 18 | TumSuden, Kyle | Review the Debtors' Motion to Approve Certain Implementation Conditions with respect to New | 2.40 |

**PROFESSIONAL SERVICES**
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Intermediation Facility, Master Transaction Term Sheet and the Second Amended Joint Prepackaged Chapter 11 Plan, for information relating to transition to new intermediation arrangements (1.10); review Plan Supplement for information relating to the same (.40); draft email to S. Reisman and T. Foudy regarding the same (.20); draft email on behalf of S. Reisman to the Disinterested Directors regarding the same (.70) | |
| 18 Jul 18 | Reisman, Steven | Attend to matters re: PES including intermediation agreement, motion to approve same, update on PES case and review recent filings (2.20) | 2.20 |
| 18 Jul 18 | Foudy, Theresa | Review, edit and finalize certificate of no objection for April fee statement (.50) | 0.50 |
| 19 Jul 18 | Foudy, Theresa | Revise and finalize certificate of no objection for May fee statement (.20) | 0.20 |
| 20 Jul 18 | Reisman, Steven | Update matters related to PESRM and status of intermediation agreement and general update on case status and emails to Disinterested Directors re: same (80) | 0.80 |
| 20 Jul 18 | Foudy, Theresa | Review agenda for upcoming court hearing (.10) | 0.10 |
| 20 Jul 18 | TumSuden, Kyle | Periodically monitor the PES Holdings LLC, et al. chapter 11 cases docket and provide the internal Katten team with a summary of all filings relevant to the Disinterested Directors, including, without limitation, the Debtors' Motion to Approve Certain Implementation Conditions with respect to New Intermediation Facility, the Motion to Shorten Notice and Order related thereto, and the Notice of Hearing regarding the same (1.30) | 1.30 |
| 23 Jul 18 | Foudy, Theresa | Review notice of no objection to motion to approve new intermediation facility and revised order entered in view of informal comments received from certain parties (.70) | 0.70 |
| 23 Jul 18 | TumSuden, Kyle | Review and analyze Debtors' motion to approve certain implementation conditions and the certification of counsel and revised proposed order regarding the same (.40); draft summary email for T. Foudy regarding the same (.20) | 0.60 |
| 25 Jul 18 | Yager, Allison E. | Draft email to K. TumSuden re: prior fee application (.10) | 0.10 |
| 25 Jul 18 | Foudy, Theresa | Review Debtors' post-confirmation operating report (.10) | 0.10 |
| 26 Jul 18 | TumSuden, Kyle | Correspond with S. Reisman, T. Foudy, J. Azrilyant and T. Wang regarding Katten's third monthly fee statement and its first interim and final fee application (.30); correspond with support staff regarding preparation of Katten's first interim and final fee application and begin preparing the same (.70) | 1.00 |

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 27 Jul 18 | Reisman, Steven | Update re: EPA stipulation with respect to timing of payment on RINS and summary of same (.60) | 0.60 |
| 27 Jul 18 | Foudy, Theresa | Review stipulation with EPA regarding timing of payment on RINs and draft summary of same for clients (.80) | 0.80 |
| 27 Jul 18 | TumSuden, Kyle | Periodically monitor the PES Holdings, LLC, et al. chapter 11 cases docket for filings relevant to the clients and provide the internal Katten team with a summary of the same, including, without limitation, certain filings relating to the implementation conditions and the approval thereof, the U.S. Trustee's Post-Confirmation Report, certain stipulations by and between the Debtors and other parties-in-interest, certain filings relating to the intermediation contracts, and certain monthly and interim fee applications (1.70); review Interim Compensation Order for rules, procedures and guidelines with respect to preparing, filing and serving Katten's first interim and final fee application (.30); attend to preparation of Katten's first interim and final fee application (2.10) | 4.10 |
| 30 Jul 18 | Foudy, Theresa | Review newly filed stipulation with intermediation counterparties (.20); call with Kirkland's M. Fagen to discuss same and general progress toward effective date (.20); draft email update to clients regarding same (.20) | 0.60 |
| 30 Jul 18 | TumSuden, Kyle | Further prepare and revise Katten's first interim and final fee application and coordinate with support staff regarding outstanding information (3.30) | 3.30 |
| 31 Jul 18 | Yager, Allison E. | Review and respond to inquiry from J. Azrilyant re: budget and staffing plan for final fee application. | 0.10 |
| 31 Jul 18 | Foudy, Theresa | Review new pleadings filed by Debtor in regards to extensions of time and hearing dates (.30) | 0.30 |
| 31 Jul 18 | TumSuden, Kyle | Further revise Katten's first interim and final fee application (1.40); coordinate with paraprofessionals with respect to finalizing the fee app and the related charts and disclosures (.70) | 2.10 |
| 02 Aug 18 | Foudy, Theresa | Reviewing and editing and attending to completion of interim fee application (2.10) | 2.10 |
| 02 Aug 18 | TumSuden, Kyle | Further revise and edit Katten's first interim fee application in accordance with T. Foudy's comments (.70); confer and correspond with J. Azrilyant and T. Wang regarding status of certain outstanding information needed to complete exhibits to fee application and certain inquiries regarding the same (.30) | 1.00 |
| 03 Aug 18 | TumSuden, Kyle | Finalize Katten's first interim fee application and related exhibits, declaration and notice, pursuant to T. Foudy's proposed revisions and comments (.40); confer and correspond throughout the day with J. Azrilyant | 1.00 |

## PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | and T. Wang regarding information still needed to complete certain exhibits to the interim fee application (.60) | |
| 03 Aug 18 | TumSuden, Kyle | Periodically monitor the PES Holdings, LLC, et al. chapter 11 docket for filings relevant to the Special Committee and provide internal Katten team with a summary of the same, including, without limitation, Debtors' second motion to extend time to remove civil actions, certain notices of hearing, and various stipulations with respect to the New Intermediation Facility (.70); further revise and finalize Katten's first interim fee application and confer and correspond with T. Foudy and T. Wang regarding the same (.70) | 1.40 |
| 07 Aug 18 | Foudy, Theresa | Update call with P. Venter regarding expected timing of effective date (.20) | 0.20 |
| | | **TOTALS:** | **40.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: PES Bankruptcy

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44843 | Foudy, Theresa | 8.80 | 990.00 | $8,712.00 |
| 44842 | Reisman, Steven | 10.80 | 1,150.00 | $12,420.00 |
| 44933 | TumSuden, Kyle | 20.40 | 495.00 | $10,098.00 |
| 44491 | Yager, Allison E. | 0.50 | 495.00 | $247.50 |
| | **TOTAL:** | **40.50** | | **$31,477.50** |



575 Madison Avenue
New York, NY 10022-2585

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44842 - Steven Reisman | **Invoice No.:** | 1301476311 |
| **Client:** | 390865 - Independent Directors of Philadelphia Energy Solutions Refining and Marketing LLC | **Invoice Date:** | 13 Sep 18 |
| **Matter:** | 00001 - PES Bankruptcy | | |

**Current Invoice Charges:** $31,477.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 14 Aug 18 | 1301470648 | 00001 | 3,476.50 | 3,476.50 |

**TOTAL OUTSTANDING BALANCE :** $3,476.50

**TOTAL BALANCE DUE:** $34,954.00

**Wire Instructions:**
Reference: 390865.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-7175

Please direct any billing inquiries to Carla Harmon at 212-940-6512 or e-mail carla.harmon@kattenlaw.com