## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10122 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only If Objections Are Filed**<br>**Objection Deadline: October 9, 2018, at 4:00 p.m. (*prevailing* Eastern Time)** |

### NOTICE OF FOURTH AND FINAL MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURESMENT OF EXPENSES AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC FOR THE PERIOD FROM JULY 1, 2018 THROUGH AUGUST 7, 2018

**TO:** The Notice Parties, as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 216] (the "Interim Compensation Order").

**PLEASE TAKE NOTICE** that on September 18, 2018, debtor and debtor-in-possession Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor" or "PESRM Debtor") filed the *Fourth Monthly and Final Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from July 1, 2018 through August 7, 2018* (the "Application"). The Application seeks the **allowance** of fees in the amount of **$31,477.50** (80% = $25,182), the **allowance** of expenses in the amount of **$0**, **payment** of 80% of fees in the amount of **$25,182**, and **payment** of 100% of expenses in the amount of **$0**, pursuant to the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before October 9, 2018, at 4:00 p.m. (*prevailing* Eastern Time)** (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**PLEASE TAKE FURTHER NOTICE** that objections must also be served upon the following parties, **so as to be received no later than 4:00 p.m. (*prevailing* Eastern Time) on October 9, 2018:**

(i) The Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, Pennsylvania 19103 (*Attn*: John B. McShane); (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (*Attn*: Steven N. Serajeddini, Esq.), and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (*Attn*: Matthew C. Fagen, Esq.); (iii) local counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (*Attn*: Laura Davis Jones, Esq.); (iv) counsel to Parent Parties, Latham & Watkins LLP, 815 Third Avenue, New York, New York 10022 (*Attn*: Keith A. Simon, Esq. and Paul F. Sheridan, Jr., Esq.), and Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York 10103 (*Attn*: John Mitchell, Esq.); (v) counsel to the Consenting NYL Creditors, Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005 (*Attn*: Susanna M. Suh, Esq., Joel H. Levitin, Esq., and Darren Silver, Esq.); (vi) counsel to the Consenting Term Loan B Creditors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (*Attn*: Damian S. Schaible, Esq. and Aryeh E. Falk, Esq.); (vii) counsel to the PESRM Debtor, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022-2585 (*Attn*: Steven J. Reisman, Esq. and Theresa A. Foudy, Esq.); (viii) local counsel to the PESRM Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esq. and Mark D. Olivere, Esq.); and (ix) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Room 2207, Wilmington, Delaware 19801 (*Attn*: Richard Schepacarter, Esq.).

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: September 18, 2018
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   chipman@chipmanbrown.com
          olivere@chipmanbrown.com

– and –

Steven J. Reisman
Theresa A. Foudy
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776
Email:   steven.reisman@kattenlaw.com
          theresa.foudy@kattenlaw.com

*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*