# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10122 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 537** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP, AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC, FOR THE PERIOD OF MARCH 22, 2018 THROUGH AND INCLUDING JUNE 30, 2018

The undersigned hereby certifies that, as of the date hereof, Katten Muchin Rosenman LLP ("Katten") has received no answer, objection or other responsive pleading with respect to its *First Interim Fee Application of Katten Muchin Rosenman LLP, as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC, for the Period of March 22, 2018 Through and Including June 30, 2018* [Docket No. 537] (the "Interim Fee Application"). The Interim Fee Application was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 17, 2018, in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 216], entered on February 26, 2018 (the "Interim Compensation Order"). The undersigned further certifies that a review of the Court's docket in these chapter 11 cases

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

reflects that no answer, objection or other responsive pleading to the Interim Fee Application has been filed. Pursuant to the Notice of Application, which was filed with the Interim Fee Application, and the Interim Compensation Order, objections to the Interim Fee Application were to be filed and served no later than September 8, 2018, at 4:00 p.m. (*prevailing* Eastern Time).

It is hereby respectfully requested that the proposed Order, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 25, 2018
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (D.E. Bar No. 3818)
Mark D. Olivere (D.E. Bar No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:          chipman@chipmanbrown.com
                    olivere@chipmanbrown.com

– and –

Steven J. Reisman (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Telephone:   (212) 940-8800
Facsimile:    (212) 940-8776
Email:          sreisman@katten.com
                    theresa.foudy@kattenlaw.com

*Counsel for Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*