# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| PES HOLDINGS, LLC, *et al.*, | ) Case No. 18-10122 (KG) ) |
| Debtors.[1] | ) (Jointly Administered) ) |
| | ) **Re: Docket No. 537** |

## ORDER APPROVING THE FIRST INTERIM FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP, AS COUNSEL FOR DEBTOR PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC, FOR THE PERIOD OF MARCH 22, 2018 THROUGH AND INCLUDING JUNE 30, 2018

Katten Muchin Rosenman LLP ("Katten"), counsel for debtor and debtor-in-possession Philadelphia Energy Solutions Refining and Marketing LLC (the "Debtor"), at the direction of the Special Committee of the Board of Managers of Debtor, having filed the *First Interim Fee Application of Katten Muchin Rosenman LLP, as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC, for the Period of March 22, 2018 Through and Including June 30, 2018* [Docket No. 537] (the "Interim Fee Application"); and parties-in-interest having received adequate notice; and the Court having considered the Interim Fee Application and having found the amounts requested in the Interim Fee Application to be reasonable; it is hereby

ORDERED that the Interim Fee Application is granted; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

ORDERED that Katten is allowed compensation on an interim basis in the amount of $44,277.00 and reimbursement of actual and necessary expenses in the amount of $488.00, for a total allowance and payment of $44,765.00, for the period from March 22, 2018 through and including June 30, 2018, which amount shall constitute an allowed administrative expense in these chapter 11 cases; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.

Dated: _____, 2018

The Honorable Kevin Gross
United States Bankruptcy Judge