# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PES HOLDINGS, LLC, *et al.*,[1] | § | Case No. 18-10122 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Related Docket No. 555** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Fourth Monthly Fee Statement of Katten Muchin Rosenman LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses as Counsel for Debtor Philadelphia Energy Solutions Refining and Marketing LLC for the Period from July 1, 2018 Through August 7, 2018* [Docket No. 555] (the "Application"), filed on September 18, 2018. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 9, 2018 at 4:00 p.m. (prevailing Eastern Time). Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained of Professionals and (II) Granting Related Relief* [Docket No. 216] entered on February 26, 2018, Debtor Philadelphia Energy Solutions Refining and Marketing LLC is authorized to pay Katten Muchin Rosenman LLP $25,182.00 which represents 80% of the fees ($31,477.50) requested in the Application for the period from July 1, 2018 through August 7, 2018, upon the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

filing of this certification and without the need for entry of a Court order approving the Application.

Dated: October 11, 2018
   Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

  */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email:  chipman@chipmanbrown.com
    olivere@chipmanbrown.com

  —and—

Steven J. Reisman
Theresa A. Foudy
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email:  steven.reisman@kattenlaw.com
    theresa.foudy@kattenlaw.com

*Counsel for the Debtor and Debtor-in-Possession Philadelphia Energy Solutions Refining and Marketing LLC*