OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: __PES Holdings, LLC, et al.__    Bank: __Schedule Attached__

Bankruptcy Number: __18-10122 (KG)__    Account Number: __Schedule Attached__

Date of Confirmation: __March 26, 2018__    Account Type: __Schedule Attached__

Reporting Period (month/year): __10-12/2018__

| | | |
|---|---:|---:|
| Beginning Cash Balance ($000's): | $ | 148,867 |
| All receipts received by the debtor: | | |
|    Collections: | $ | 579,000 |
|    Interdebtor Receipts: | | - |
|    Other Receipts: | | - |
|    Total of cash received: | $ | 579,000 |
| Total of cash available: | $ | 727,867 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
|    Operating Disbursements: | $ | (620,009) |
|    Professional Fees: | | (1,105) |
|    Debt Service: | | (18,973) |
|    Intercompany Disbursements: | | - |
|    Total Disbursements: | $ | (640,086) |
| Ending Cash Balance: | $ | 87,781 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/25/2019
Date                                                    Name/Title  _Rachel Celiberti_ CFO
Debtor: __PES Holdings, LLC, et al.__
Case Number: __18-10122 (KG)__

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: PES Holdings, LLC, et al. | Case No. 18-10122 (KG) |
|---|---|
| Debtors | Jointly Administered |

Post-Confirmation Quarterly Summary Report
Balance Sheet [1]
As of December 31, 2018
(In thousands of dollars)
(Unaudited)

|  | Debtor Group Total |
|---|---:|
| Cash and Cash Equivalents | $ 87,781 |
| Accounts Receivable | 192,592 |
| Inventories | 367,823 |
| Prepaid Expenses and Other Current Assets | 98,055 |
| **Total Current Assets** | $ 746,251 |
| Property Plant & Equipment, Net | 756,615 |
| Other Long-Term Assets | 24,744 |
| **Total Assets** | $ 1,527,610 |
| Accounts Payable | $ 153,307 |
| Other Current Liabilities | 462,507 |
| Current Portion of Long-Term Debt | 16,299 |
| **Total Current Liabilities** | $ 632,113 |
| Long-Term Debt | 702,641 |
| Other Non-Current Liabilities | 49,579 |
| **Total Liabilities** | $ 1,384,333 |
| Debtors' Equity | 143,277 |
| **Total Liabilities & Debtors' Equity** | $ 1,527,610 |

Notes:

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | | Case No. 18-10122 (KG) |
| Debtors | | Jointly Administered |

**Post-Confirmation Quarterly Summary Report**
**Bank Account Information**

| Bank/Institution | Account Type | Legal Entity | Last 4 Digits of Account # |
|---|---|---|---|
| Bank of America Merrill Lynch | Concentration Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3480 |
| Bank of America Merrill Lynch | Controlled Disbursement Account | Philadelphia Energy Solutions Refining and Marketing LLC | 8997 |
| Bank of America Merrill Lynch | Non-Draft Accounts Receivable Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3493 |
| Bank of America Merrill Lynch | Customer Draft Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3503 |
| Bank of America Merrill Lynch[1] | Pledged Collateral Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3486 |
| Bank of America Merrill Lynch | Employee Purchase Card Account | Philadelphia Energy Solutions Refining and Marketing LLC | 2116 |
| The Huntington National Bank[1] | Money Market Investment Account | Philadelphia Energy Solutions Refining and Marketing LLC | 9574 |
| PNC Capital Markets LLC[1] | Money Market Investment Account | Philadelphia Energy Solutions Refining and Marketing LLC | 4800 |
| Bank of America Merrill Lynch | Concentration Account | North Yard Logistics LP | 7842 |
| Bank of America Merrill Lynch | Controlled Disbursement Account | North Yard Logistics LP | 9557 |
| Bank of America Merrill Lynch | Stand Alone Account | North Yard Financing LLC | 6967 |
| PNC Capital Markets LLC[1] | Money Market Investment Account | PES Administrative Services, LLC | 6761 |
| Bank of America Merrill Lynch[1] | Utility Escrow Account | Philadelphia Energy Solutions Refining and Marketing LLC | 2577 |

**Notes:**
[1] Accounts were closed after the petition date

**PES Holdings, LLC, et. al.**
**Disbursements and Estimate of United States Trustee Fees**

| Disbursements for Calculating U.S. Trustee Fees | Disbursements ($000's) | | | | Estimated UST Fee |
|---|---|---|---|---|---|
| | October | November | December | Total | |
| PES Holdings, LLC (18-10122) | $ - | $ - | $ - | $ - | $ 325 |
| North Yard Financing, LLC (18-10123) | - | - | - | - | 325 |
| North Yard GP, LLC (18-10124) | - | - | - | - | 325 |
| North Yard Logistics, L.P (18-10125) | (91) | (94) | (4,088) | (4,274) | 42,740 |
| PES Administrative Services, LLC (18-10126) | - | - | - | - | 325 |
| PES Logistics GP, LLC (18-10127) | - | - | - | - | 325 |
| PES Logistics Partners, L.P (18-10128) | - | - | - | - | 325 |
| PESRM Holdings, LLC (18-10129) | - | - | - | - | 325 |
| Philadelphia Energy Solutions Refining and Marketing LLC (18-10130) | (235,079) | (189,517) | (211,216) | (635,812) | 250,000 |
| **Total Disbursements for Calculating U.S. Trustee Fees** | **$ (235,171)** | **$ (189,612) $** | **(215,304) $** | **(640,086)** | **$ 295,015** |