## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10122 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on April 24, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Post-Confirmation Quarterly Summary Report for Reporting Period January Through March 2019 [Docket No. 593]**

Dated: April 29, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 29TH day of April, 20 19, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard Financing, LLC (6284); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Logistics GP, LLC (9202); PES Logistics Partners, L.P. (1288); PESRM Holdings, LLC (2107), and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# **EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>JOHN MITCHELL<br>JOHN.MITCHELL@AKERMAN.COM | AKERMAN LLP<br>MARY KATHERINE FACKLER<br>KATHERINE.FACKLER@AKERMAN.COM | ANDERSON CONSTRUCTION SERVICES<br>RICKE C. FOSTER, VP<br>RICKF@ANDERSONCONSTRUCTIONSERV.COM |
| ARNOLD & PORTER KAYE SCHOLER<br>ROSA J. EVERGREEN<br>ROSA.EVERGREEN@ARNOLDPORTER.COM | ASHBY & GEDDES<br>WILLIAM P. BOWDEN<br>WBOWDEN@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO, ESQ.<br>RPALACIO@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP<br>CHANTELLE MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>CHRISTINE BARBA<br>BARBAC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>ROSETTA PACKER<br>PACKERR@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>TOBEY DALUZ<br>DALUZT@BALLARDSPAHR.COM | BNSF RAILWAY COMPANY<br>KRISTI GREEN<br>KRISTI.GREEN@BNSF.COM | BRAND INSULATION SERVICES<br>GENERAL MANAGER<br>INFO@BEIS.COM |
| BRENNTAG NORTHEAST INC<br>GENERAL MANAGER<br>BNEREADINGCS@BRENNTAG.COM | BROWN RUDNICK LLP<br>ANDREW STREHLE, ESQ.<br>ASTREHLE@BROWNRUDNICK.COM | CAHILL GORDON & REINDEL LLP<br>DARREN SILVER<br>DSILVER@CAHILL.COM |
| CAHILL GORDON & REINDEL LLP<br>JOEL LEVITIN<br>JLEVITIN@CAHILL.COM | CAHILL GORDON & REINDEL LLP<br>RICHARD STIEGLITZ, JR.<br>RSTIEGLITZ@CAHILL.COM | CHALMERS & KUBECK INC<br>INFO@CANDK.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON, JR.<br>JMCMAHON@CIARDILAW.COM | CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | COHEN, WEISS AND SIMON LLP<br>HIRAM ARNAUD<br>HARNAUD@CWSNY.COM |
| COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH E. FALK<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM | GENERAL & MECHANICAL CONTRACTORS<br>JOHN GRASSO, OWNER<br>JGRASSO@GENMECH.NET | GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK<br>MARIAS@RESTRUCTURINGSHOP.COM |
| GOLDSTEIN & MCCLINTOCK LLLP<br>THOMAS FAWKES<br>TOMF@GOLDMCLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>RYAN WAGNER<br>WAGNERR@GTLAW.COM |
| GREENBERT TRAURIG, LLP<br>ISKENDER CATTO<br>CATTOI@GTLAW.COM | H T SWEENEY & SON INC<br>TERRY SWEENEY<br>TSWEENEY@HTSWEENEY.COM | HALDOR TOPSOE INC<br>GENERAL MANAGER<br>POSTMASTER@TOPSOE.COM |
| J J WHITE INC<br>ADMIN@JJWHITEINC.COM | JACOBS ENGINEERING<br>CONTACTUS@JACOBS.COM | KAPLIN STEWART MELOFF REITER & STEIN, P.C.<br>WILLIAM LEVANT<br>WLEVANT@KAPLAW.COM |
| KIRK ERECTORS, INC.<br>INFO@KIRKERECTORS.COM | KIRKLAND & ELLIS LLP<br>ALLYSON SMITH<br>ALLYSON.SMITH@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>CIARA FOSTER<br>CIARA.FOSTER@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>DEVI CHANDRASEKARAN<br>DEVI.CHANDRASEKARAN@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>EDWARD O. SASSAWER<br>EDWARD.SASSOWER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>MICHAEL B. SLADE<br>MICHAEL.SLADE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>PATRICK VENTER<br>PATRICK.VENTER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>RICHARD HOWELL<br>RICHARD.HOWELL@KIRKLAND.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>WHITNEY BECKER<br>WHITNEY.BECKER@KIRKLAND.COM | KRAEMER BURNS, P.A.<br>RAYMOND M. PATELLA<br>RPATELLA@KRAEMERBURNS.COM |
| LAW OFFICE OF CURTIS A. HEHN<br>CURTIS A. HEHN<br>CURTISHEHN@COMCAST.NET | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LAW OFFICES OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | MATRIX SERVICE INDUSTRIAL CONTRACTORS, INC.<br>LEGAL@MATRIXSERVICECOMPANY.COM | MCGUIREWOODS LLP<br>JOHN H. MADDOCK III<br>JMADDOCK@MCGUIREWOODS.COM |
| MECHANICAL DYNAMICS & ANALYSIS<br>INFO@MDATURBINES.COM | MILLER AXLINE & SAWYER<br>DMILLER@TOXICTORTS.ORG | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW REMMING<br>AREMMING@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT J. DEHNEY<br>RDEHNEY@MNAT.COM | MORRISON & FOERSTER LLP<br>DAVID KAUFMAN<br>DKAUFMAN@MOFO.COM | MORRISON & FOERSTER LLP<br>JAMES NEWTON<br>JNEWTON@MOFO.COM |
| MORRISON & FOERSTER LLP<br>TODD GOREN<br>TGOREN@MOFO.COM | NOOTER CONSTRUCTION CO<br>SALES@NOOTER.COM | NORTON ROSE FULBRIGHT US LLP<br>TOBY GERBER<br>TOBY.GERBER@NORTONROSEFULBRIGHT.COM |
| NORTON ROSE FULLBRIGHT US LLP<br>RYAN MANNS<br>RYAN.MANNS@NORTONROSEFULBRIGHT.COM | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF THE NY STATE ATTORNEY GENERAL<br>LOUIS TESTA<br>LOUIS.TESTA@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.WL.ECF@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PEPPER HAMILTON LLP<br>DAVID STRATTON<br>STRATTOND@PEPPERLAW.COM | PIPING TECHNOLOGY & PRODUCTS, INC.<br>INFO@PIPINGTECH.COM | POST & SCHELL, P.C.<br>BRIAN BISIGNANI<br>BBISIGNANI@POSTSCHELL.COM |
| REED SMITH LLP<br>EMILY DEVAN<br>EDEVAN@REEDSMITH.COM | REED SMITH LLP<br>KURT GWYNNE<br>KGWYNNE@REEDSMITH.COM | SECURITIES & EXCHANGE COMMISSION<br>NYROBANKRUPTCY@SEC.GOV |
| SIMPSON & BROWN, INC<br>INFO@SIMPSONANDBROWN.COM | SIMPSON THACHER & BARTLETT LLP<br>KATHERINE A. MCLENDON<br>KMCLENDON@STBLAW.COM | SIMPSON THACHER & BARTLETT LLP<br>SANDEEP QUSBA<br>SQUSBA@STBLAW.COM |
| STROOCK & STROOCK & LAVAN LLP<br>HAROLD A. OLSEN<br>HOLSEN@STROOCK.COM | STROOCK & STROOCK & LAVAN LLP<br>MARK A. SPEISER<br>MSPEISER@STROOCK.COM | SULZER PUMP SERVICES (US) INC<br>MELISSA.PETERSON@SULZER.COM |
| SUMTER TRANSPORT COMPANY<br>BILL CLARKE, CFO<br>BILL.CLARKE@SUMTERTRANSPORT.COM | THE BIFFERATO FIRM PA<br>IAN CONNER BIFFERATO<br>CBIFFERATO@TBF.LEGAL | THE BIFFERATO FIRM PA<br>KIMBERLY GATTUSO<br>KGATTUSO@TBF.LEGAL |
| TN DEPT. OF REVENUE<br>BANKRUPTCY DIVISION<br>AGBANKDELAWARE@AG.TN.GOV | U.S. ATTORNEY'S OFFICE<br>ELLEN SLIGHTS<br>ELLEN.SLIGHTS@USDOJ.GOV | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG |
| UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG | UNITED STEELWORKERS<br>NATHAN KILBERT<br>NKILBERT@USW.ORG | US DEPARTMENT OF JUSTICE<br>LEAH LERMAN<br>LEAH.V.LERMAN@USDOJ.GOV |

| | | |
|---|---|---|
| US ENVIRONMENTAL INC<br>INFO@USENV.COM | W & K WELDING & TANK ERECTORS<br>INFORMATION@WKTANK.COM | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM |
| WOMBLE BOND DICKINSON (US) LLP<br>NICHOLAS VERNA<br>NICK.VERNA@WBD-US.COM | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>JOSEPH M. BARRY<br>JBARRY@YCST.COM | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>MATTHEW B. LUNN<br>MLUNN@YCST.COM |
| ZEROCHAOS<br>SERVICE@ZEROCHAOS.COM | | |

Parties Served: 97

# **EXHIBIT B**

| | | |
|---|---|---|
| AKERMAN LLP<br>ATTN: JOHN MITCHELL<br>2001 ROSS AVE, SUITE #3600<br>DALLAS, TX 75201 | AKERMAN LLP<br>ATTN: MARY KATHERINE FACKLER<br>50 N LAURA ST., #3100<br>JACKSONVILLE, FL 32202 | ALLSTATE POWER VAC INC<br>ATTN: DANIEL COON, VP & CFO<br>928 EAST HAZELWOOD AVENUE<br>RAHWAY, NJ 07065 |
| AMQUIP CRANE RENTAL, LLC<br>ATTN: ROBERT SCHILLER, CFO<br>2500 STATE RD. STE. A<br>BENSALEM, PA 19020 | ANDERSON CONSTRUCTION SERVICES<br>ATTN: RICKE C. FOSTER, VP<br>6958 TORRESDALE AVENUE STE 300<br>PHILADELPHIA, PA 19135 | ARCHER DANIELS MIDLAND COMPANY<br>ATTN: GENERAL MANAGER<br>4666 FARIES PARKWAY<br>DECATUR, IL 62526 |
| BELCO TECHNOLOGIES CORP<br>ATTN: GENERAL MANAGER<br>9 ENTIN ROAD<br>PARSIPPANY, NJ 07054 | BNSF RAILWAY COMPANY<br>ATTN: KRISTI GREEN, LAW DEPARTMENT<br>2650 LOU MENK DRIVE. AOB-3<br>FORT WORTH, TX 76131-2898 | BRAND INSULATION SERVICES<br>ATTN: GENERAL MANAGER<br>32 IRON SIDE COURT<br>WILLINGBORO, NJ 08046 |
| BRENNTAG NORTHEAST INC<br>ATTN: GENERAL MANAGER<br>81 W. HULLER LANE<br>READING PA, 19605 | CHALMERS & KUBECK INC<br>ATTN: DENNIS KUBECK, PRESIDENT<br>150 COMMERCE DRIVE<br>ASTON, PA 19014 | CIARDI CIARDI & ASTIN<br>ATTN: JOSEPH MCMAHON, JR./DANIEL ASTIN<br>ATTN: JOHN MCLAUGHLIN, JR.<br>1204 N. KING STREET<br>WIMINGTON, DE 19801 |
| CM TOWERS INC<br>ATTN: DENNIS R MORAN, PRESIDENT & CEO<br>21 COMMERCE DRIVE<br>CRANFORD, NJ 07016-3507 | COHEN, WEISS AND SIMON LLP<br>ATTN: RICHARD SELTZER/HIRAM ARNAUD<br>900 3RD AVE., 21ST FLOOR<br>NEW YORK, NY 10036 | CSX TRANSPORTATION<br>ATTN: NATHAN D. GOLDMAN, EXECUTIVE VP AND C<br>500 WATER STREET, 15TH FLOOR<br>JACKSONVILLE, FL 32202 |
| DAVIS POLK & WARDWELL LLP<br>ATTN: DAMIAN S. SCHAIBLE/ARYEH E. FALK<br>ATTN: JONAH A. PEPPIATT<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>JOHN G. TOWNSEND BUILDING<br>401 FEDERAL STREET, SUITE 4<br>DOVER, DE 19901 | DIVERSIFIED COMPANY<br>ATTN: GENERAL MANAGER<br>200 CLARENDON<br>BOSTON, MA 02116 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | ELLIOTT COMPANY<br>ATTN: GENERAL MANAGER<br>P.O. BOX 951519<br>CLEVELAND, OH 44193 | EXXONMOBIL CATALYST TECHNOLOGIES LLC<br>ATTN: GENERAL MANAGER<br>4500 BAYWAY DRIVE<br>BAYTOWN, TX 77520-9728 |
| FERGUSON ENTERPRISES #1300<br>ATTN: GENERAL MANAGER<br>P.O. BOX 417592<br>BOSTON, MA 02241-7592 | FLEETWOOD INDUSTRIAL PRODUCTS<br>ATTN: GENERAL MANAGER<br>11 CREEK PARKWAY<br>BOOTHWYN, PA 19061 | GE INTERNATIONAL INC<br>ATTN: GENERAL MANAGER<br>4200 WILDWOOD PKWY<br>ATLANTA, GA 30339 |
| GENERAL & MECHANICAL CONTRACTORS<br>ATTN: JOHN GRASSO, OWNER<br>408 SOUTHGATE COURT<br>MICKLETON, NJ 08056 | GOLDSTEIN & MCCLINTOCK LLLP<br>ATTN: MARIA APRILE SAWCZUK<br>501 SILVERSIDE ROAD, SUITE 65<br>WILMINGTON, DE 19809 | GOLDSTEIN & MCCLINTOCK LLLP<br>ATTN: THOMAS FAWKES<br>111 W. WASHINGTON ST.<br>SUITE 1221<br>CHICAGO, IL 60602 |
| H T SWEENEY & SON INC<br>ATTN: TERRY SWEENEY<br>308 DUTTON MILL ROAD<br>BROOKHAVEN, PA 19015-1197 | HALDOR TOPSOE INC<br>ATTN: GENERAL MANAGER<br>17629 ELCAMINO REAL<br>HOUSTON, TX 77058 | HANDEX CONSULTING & REMEDIATION, LLC<br>ATTN: ANDY SHOULDERS, PRESIDENT AND COO<br>AT 1350 ORANGE AVE. SUITE 101<br>WINTER PARK FL 32789 |
| HONEYWELL<br>ATTN: ANNE T. MADDEN, SVP AND GENERAL COUNSE<br>101 COLUMBIA RD<br>MORRISTOWN, NJ 07962 | INFINEUM USA LP<br>ATTN: GENERAL MANAGER<br>1900 E. LINDEN AVENUE<br>PO BOX 735<br>LINDEN, NJ 07036 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

| | | |
|---|---|---|
| J J WHITE INC<br>ATTN: ED PURDY, EXECUTIVE VP, CFO<br>5500 BINGHAM STREET<br>PHILADELPHIA, PA 19120 | JACOBS ENGINEERING<br>ATTN: STEVE DEMETRIOU, CEO<br>C/O ELSAR HERNANDEZ, SR. LEGAL COUNSEL<br>5995 ROGERDALE RD<br>HOUSTON, TX 77072 | JOHNSON MATTHEY PROCESS<br>ATTN: GENERAL MANAGER<br>115 ELI WHITNEY BLVD<br>SAVANNAH GA 31408 |
| KELLOGG BROWN & ROOT INC<br>ATTN: MARK SOPP, EXECUTIVE VICE PRESIDENT AND<br>601 JEFFERSON STREET<br>HOUSTON, TX 77002 | KIRK ERECTORS, INC.<br>ATTN: CHARLES K. ELLISON, PRESIDENT<br>150 CAPITAL DRIVE SUITE 260<br>GOLDEN, CO 80401 | KIRKLAND & ELLIS LLP<br>ATTN: DEVI CHANDRASEKARAN<br>609 MAIN STREET<br>HOUSTON, TX 77002 |
| LAW OFFICE OF CURTIS A. HEHN<br>1007 N. ORANGE ST.<br>4TH FLOOR<br>WILMINGTON, DE 19801 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>ATTN: SUSAN KAUFMAN<br>919 N. MARKET ST. #460<br>WILMINGTON, DE 19801 | LUCKNOW HIGHSPIRE TERMINALS INC<br>ATTN: GENERAL MANAGER<br>900 S. EISENHOWER BLVD<br>P.O. BOX 2621<br>MIDDLETOWN, PA 17057 |
| MATRIX SERVICE INDUSTRIAL CONTRACTORS, INC.<br>ATTN: KEVIN S. CAVANAH, CFO<br>5100 E. SKELLY DR., STE. 100<br>TULSA, OK 74135-6577 | MECHANICAL DYNAMICS & ANALYSIS<br>ATTN: JOHN VANDERHOEF, PRESIDENT AND CEO<br>19 BRITISH AMERICAN BLVD<br>LATHAM, NY 12110 | MILLER AXLINE & SAWYER<br>ATTN: DUANE MILLER<br>1050 FULTON AVE., #100<br>SACRAMENTO, CO 95825 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: ROBERT DEHNEY/ANDREW REMMING<br>1201 N MARKET ST #1800<br>WILMINGTON, DE 19801 | NOOTER CONSTRUCTION CO<br>ATTN: BERNIE WICKLEIN, PRESIDENT<br>6 NESHAMINY INTERPLEX SUITE 300<br>TREVOSE, PA 19053 | NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PHILADELPHIA ENERGY SOLUTIONS<br>ATTN: JOHN B. MCSHANE<br>1735 MARKET ST<br>PHILADELPHIA, PA 19103 | PIPING TECHNOLOGY & PRODUCTS, INC.<br>ATTN: GENERAL MANAGER<br>P.O. BOX 34506<br>HOUSTON, TX 77234-4506 | SECRETARY OF THE TREASURY<br>820 SILVER LAKE BOULEVARD, SUITE 100<br>DOVER, DE 19904 |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>LARA MEHRABAN, ASSOCIATE REGIONAL DIRECTOR<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SERVICE PAINTING INC<br>ATTN: GENERAL MANAGER<br>200 PRICE STREET<br>MARCUS HOOK, PA 19061 |
| SIMPSON & BROWN, INC<br>ATTN: THATCHER SIMPSON, PRESIDENT<br>119 NORTH AVE WEST<br>CRANFORD, NJ 07016 | SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA<br>ATTN: KATHERINE A. MCLENDON<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 |
| SULZER PUMP SERVICES (US) INC<br>ATTN: GENERAL MANAGER<br>1255 ENCLAVE PARKWAY, SUITE 300<br>HOUSTON, TX 77077 | SUMTER TRANSPORT COMPANY<br>ATTN: BILL CLARKE, CFO<br>170 S. LAFAYETTE BLVD<br>SUMTER, SC 29150 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>ATTN: JOSEPH COLELLA, SENIOR VP<br>3801 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| TEAM INDUSTRIAL SERVICES INC<br>ATTN: GENERAL MANAGER<br>8115 RED BLUFF<br>PASADENA, TX 77507 | TECO WESTINGHOUSE MOTOR COMPANY<br>ATTN: VINCENT TANG, PRESIDENT<br>5100 NORTH IH-35<br>ROUND ROCK, TX 78681 | THE BIFFERATO FIRM PA<br>ATTN: IAN CONNER BIFFERATO<br>ATTN: KIMBERLY GATTUSO<br>1007 N. ORANGE ST., 4TH FLOOR<br>WILMINGTON, DE 19801 |
| THYSSENKRUPP SAFWAY INC<br>ATTN: GENERAL MANAGER<br>10 INDUSTRIALHIGHWAY MS #24 SUITE 2<br>LESTER, PA 19113 | TN DEPT. OF REVENUE<br>TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRICO LIFT A DIVISION OF BLUE LINE<br>ATTN: CHRIS CARMOLINGO<br>1101 WHEATON AVE<br>MILLVILLE, NJ 08332 |

| | | |
|---|---|---|
| TRINITY INDUSTRIES LEASING COMPANY<br>ATTN: TOM JARDINE<br>2525 STEMMONS FREEWAY<br>DALLAS, TX 75207 | U.S. ATTORNEY'S OFFICE<br>ATTN: ELLEN SLIGHTS<br>1007 N. ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | UNITED STEELWORKERS<br>ATTN: DAVID JURY/NATHAN KILBERT<br>ATTN: ANTHONY RESNICK<br>60 BLVD. OF THE ALLIES, ROOM 807<br>PITTSBURGH, PA 15222 |
| UNIVAR USA INC<br>ATTN: DAVID LUNDIN<br>17411 NE UNION HILL ROAD<br>REDMOND, WA 98052-3375 | US ENVIRONMENTAL INC<br>ATTN: GENERAL MANAGER<br>409 BOOT ROAD<br>DOWNINGTOWN, PA 19335 | VEOLIA NORTH AMERICA REGENERATION<br>ATTN: STEVE HOPPER, PRESIDENT<br>NORTH AMERICA REGENERATION SERVICES<br>4760 WORLD HOUSTON PKWY, SUITE 100<br>HOUSTON, TX 77032 |
| W & K WELDING & TANK ERECTORS<br>ATTN: WILBURN WILLIAMS, PRESIDENT<br>P.O. BOX 13<br>1000 UNION LANDING RD<br>RIVERTON, NJ 08077 | WR GRACE & CO-CONN<br>ATTN: THOMAS BLASER, SENIOR VP & CFO<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044 | ZEROCHAOS<br>ATTN: TED BLANKENSHIP, CFO<br>420 SOUTH ORANGE AVENUE SUITE 600<br>ORLANDO, FL 32801 |

Parties Served: 75